**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | CHAPTER 11 |
| LE TOTE, INC., *et al*., ) | |
| ) | |
| ) | Case No. 20-33332-KLP |
| ) | |
| ) | |
| Debtors. ) | (Joint Administration Pending) |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

_____/s/Ronald M. Tucker_____
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address: rtucker@simon.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served this 3rd day of August, 2020 via ECF Noticing to the parties of record.

                                      By:     /s/Ronald M. Tucker
                                                Ronald M. Tucker, Esq.

Debtor
Le Tote, Inc.
250 Vesey Street
22nd Floor
New York, NY 10231
RICHMOND (CITY)-VA

 represented by  Peter J. Barrett
Kutak Rock L.L.P.
901 East Byrd Street
Suite 1000
Richmond, VA 23219-4071
804-644-1700
Fax : 804-783-6192
Email: peter.barrett@kutakrock.com

Michael A. Condyles
Kutak Rock LLP
901 East Byrd Street
Suite 1000
Richmond, VA 23219-4071
804-644-1700
Fax : 804-783-6192
Email: michael.condyles@kutakrock.com

Brian H. Richardson
Kutak Rock LLP
901 East Byrd Street
Suite 1000
Richmond, VA 23219-4071
804-644-1700
Email: Brian.Richardson@KutakRock.com

Jeremy S. Williams
Kutak Rock LLP
901 East Byrd Street
Suite 1000
Richmond, VA 23219-4071
(804) 644-1700
Fax : 804-783-6192
Email: jeremy.williams@kutakrock.com


U.S. Trustee
John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219
804-771-2310