Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

David L. Eaton (admitted *pro hac vice*)
Jaimie Fedell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
Brian H. Richardson (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LE TOTE, INC., *et al.*,[1] | ) | Case No. 20-33332 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST MONTHLY FEE
APPLICATION OF NFLUENCE PARTNERS AS INVESTMENT
BANKER FORT THE DEBTORS FOR COMPENSATION FOR
THE PERIOD FROM AUGUST 2, 2020 TO AND INCLUDING AUGUST 31, 2020**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/letote/. The location of the Debtors' service address is 250 Vesey Street, 22nd Floor, New York, New York 10281.

KE 72460671

| | |
|---|---|
| **Name of Applicant:** | HMAdviseCo, LLC d/b/a Nfluence Partners ("Nfluence") |
| Authorized to provide professional services to: | Le Tote, Inc., *et al.* Debtors and Debtors in Possession |
| Date of retention: | Order entered on October 22, 2020, retention as of August 2, 2020 |
| Period for which compensation and reimbursement is sought: | August 2, 2020, through August 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $25,000.00 |
| Amount of compensation requested immediately | $0.00[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Type of fee statement or application: | Monthly Fee Statement[3] |

---

[2]   Pursuant to the Retention Order (as defined herein), the Debtors are authorized to pay the $25,000 Monthly Fee to Nfluence each month when requested under the Engagement Letters (as defined herein) without a prior fee application

[3]   Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.  Accordingly, the Debtors' payment of such Monthly Fees is not reflected in this Monthly Fee Statement (as defined below).

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Rules"), the *Order (I) Authorizing the Retention and Employment of Nfluence Partners as Investment Banker for the Debtors and Debtors in Possession Effective as of August 2, 2020, (II) Modifying Certain Time-Keeping Requirements, and (III) Granting Related Relief* [Docket No. 474] (the "Retention Order"),[4] the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, entered September 21, 2020 [Docket No. 189] (the "Interim Compensation Order"), Nfluence, investment banker for the Debtor, hereby files this monthly fee statement (this "Monthly Fee Statement") for interim allowance and payment of compensation for professional services rendered and reimbursement of expenses incurred for the period from August 2, 2020 to and including August 31, 2020 (the "Fee Period") in the aggregate amount of $25,000.00, comprised of: (i) $25,000.00 earned by Nfluence for its professional services to the Debtors during the Fee Period, plus (ii) $0.00 of actual and necessary expenses that Nfluence incurred during the Fee Period in connection with such services.

**Itemization of Services Provided and Expenses Incurred**

1. In support this Monthly Fee Statement, attached are the following exhibits:

   - **Exhibit A** is a detailed schedule of the number of hours expended by each Nfluence

---

[4] The Retention Order approved the terms of that certain engagement letter certain engagement letter between Nfluence, BA Securities, LLC ("BA"), and Le Tote Inc., dated as of May 8, 2020 (the "Le Tote Engagement Letter"), that certain engagement letter between Nfluence, BA, and Le Tote, dated as of June 16, 2020 (the "Lord and Taylor Engagement Letter"), and that certain Amendment to Engagement Agreement, amending the Lord & Taylor Engagement Letter, dated as of September 14, 2020 (the "Lord & Taylor Amendment," and together with the Le Tote Engagement Letter and the Lord & Taylor Engagement Letter, the "Engagement Letters"), copies of which are attached as Exhibit 1, Exhibit 2, and Exhibit 3 to Exhibit A, respectively, of the Application. All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Order.

professional who rendered services on behalf of the Debtors during the Fee Period.

- **Exhibit B** is a summary of fees and expenses incurred by Nfluence during this Fee Period in the rendition of the professional services to the Debtors and their estates for which reimbursement is sought pursuant to this Monthly Fee Statement.

### Representations

2. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Nfluence reserves the right to make further application to the Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Rules, and the Interim Compensation Order.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, Nfluence requests interim allowance and payment of its fees earned and expenses incurred during the Fee Period in the total amount of $25,00.00, consisting of (i) $25,000 earned by Nfluence for its professional services to the Debtors during the Fee Period, plus (ii) $0.00 of actual and necessary expenses that Nfluence incurred during the Fee Period in connection with such services, and that such fees and expense be paid as administrative expenses of the Debtors' estates.

Dated: December 1, 2020                    **NFLUENCE Partners**

*/s/ Gary Moon*
Gary Moon
Managing Partner
Nfluence Partners

## Exhibit A

## Summary of Hours by Professional

| Summary of Hours | | | | |
|---|---|---|---|---|
| Month | Gary Moon | Monica Mariani | Gaurav Giatonde | Peter Lindae |
| 8/1/2020 | 0.0 | 0.0 | 3.0 | 0.0 |
| 8/2/2020 | 1.5 | 0.0 | 0.0 | 0.0 |
| 8/3/2020 | 5.0 | 1.5 | 3.0 | 7.0 |
| 8/4/2020 | 5.0 | 2.0 | 7.5 | 9.0 |
| 8/5/2020 | 6.0 | 7.5 | 5.5 | 2.5 |
| 8/6/2020 | 3.0 | 2.0 | 4.5 | 3.5 |
| 8/7/2020 | 3.0 | 5.0 | 5.5 | 3.0 |
| 8/8/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 8/9/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 8/10/2020 | 0.0 | 1.0 | 2.0 | 4.0 |
| 8/11/2020 | 3.5 | 2.0 | 3.5 | 1.5 |
| 8/12/2020 | 4.5 | 10.0 | 1.5 | 9.5 |
| 8/13/2020 | 3.5 | 10.0 | 3.5 | 10.0 |
| 8/14/2020 | 0.0 | 10.0 | 2.0 | 4.5 |
| 8/15/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 8/16/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 8/17/2020 | 3.0 | 6.0 | 3.0 | 3.5 |
| 8/18/2020 | 5.0 | 6.0 | 1.5 | 4.0 |
| 8/19/2020 | 1.5 | 4.5 | 0.5 | 6.0 |
| 8/20/2020 | 4.0 | 1.5 | 1.0 | 4.0 |
| 8/21/2020 | 0.5 | 1.0 | 0.5 | 1.0 |
| 8/22/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 8/23/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 8/24/2020 | 0.5 | 1.0 | 0.0 | 2.0 |
| 8/25/2020 | 2.0 | 5.5 | 1.0 | 1.0 |
| 8/26/2020 | 2.0 | 1.0 | 1.5 | 3.0 |
| 8/27/2020 | 1.0 | 3.5 | 1.5 | 4.5 |
| 8/28/2020 | 0.0 | 0.5 | 0.0 | 2.5 |
| 8/29/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 8/30/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 8/31/2020 | 2.0 | 3.0 | 0.5 | 3.0 |
| **Total** | **56.5** | **84.5** | **52.5** | **89.0** |

## Exhibit B

**Summary of Actual and Necessary Expenses**

| Summary of Hours Worked - Total | | | |
|---|---|---|---|
| DATE | HOURS | | DESRCIPTION |
| 8/1/2020 | 3.0 hour(s) | Gaurav Gaitonde | Diligence work for Rue Gilt |
| 8/2/2020 | 1.5 hour(s) | Gary Moon | Messages to Kirkland, Le Tote |
| 8/3/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep |
| 8/3/2020 | 0.5 hour(s) | Gary Moon | Call with Ed |
| 8/3/2020 | 0.5 hour(s) | Gary Moon | O3 Intro Call |
| 8/3/2020 | 1.5 hour(s) | Gary Moon | Messages to Monica Goomez, Le Tote, O3, Kirkland, Kingswood, James Moon |
| 8/3/2020 | 1.0 hour(s) | Gary Moon | Le Tote / RTR Tech Demo |
| 8/3/2020 | 0.5 hour(s) | Gary Moon | Call AK Growth Ventures |
| 8/3/2020 | 0.5 hour(s) | Monica Mariani | O3 Intro Call |
| 8/3/2020 | 1.0 hour(s) | Monica Mariani | Le Tote / RTR Tech Demo |
| 8/3/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with O3 Industries |
| 8/3/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with LeTote Management and Rent the Runway (RTR) |
| 8/3/2020 | 1.0 hour(s) | Gaurav Gaitonde | Prep for calls with RTR and Hilco / Retail Ecomm |
| 8/3/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Tengram, AK Growth, Rue Gilt |
| 8/3/2020 | 0.5 hour(s) | Peter Lindae | O3 Intro Call |
| 8/3/2020 | 0.5 hour(s) | Peter Lindae | Lender Call Update Prep |
| 8/3/2020 | 1.0 hour(s) | Peter Lindae | Prep for calls with RTR and Hilco / Retail Ecomm |
| 8/3/2020 | 1.0 hour(s) | Peter Lindae | Process Tracking and Mangement |
| 8/3/2020 | 4.0 hour(s) | Peter Lindae | Post-Bid Date Review & Bidder Profiles Preparation |
| 8/4/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 8/4/2020 | 2.0 hour(s) | Gary Moon | Messages to Kirkland, Internal, Azure Capital, Elliott Management, Amazon, Kingswood Capital, Nevim Equity, Angelo Gordon AK Growth, Retail Ecommerce, Hilco Global, Monica Gomez |
| 8/4/2020 | 0.5 hour(s) | Gary Moon | Call with Ed |
| 8/4/2020 | 1.0 hour(s) | Gary Moon | Le Tote / RTR Digital P&L |
| 8/4/2020 | 0.5 hour(s) | Gary Moon | TPG Intro Call |
| 8/4/2020 | 0.5 hour(s) | Gary Moon | LeTote and Lord & Taylor Carlyle Standing Weekly Call |
| 8/4/2020 | 1.0 hour(s) | Monica Mariani | Le Tote / RTR Digital P&L |
| 8/4/2020 | 0.5 hour(s) | Monica Mariani | TPG Intro Call |
| 8/4/2020 | 0.5 hour(s) | Monica Mariani | LeTote and Lord & Taylor Carlyle Standing Weekly Call |
| 8/4/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with L&T Management and Hilco / Retail Ecomm |
| 8/4/2020 | 5.0 hour(s) | Gaurav Gaitonde | Diligence work for Rue Gilt, AK Growth |
| 8/4/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with TPG |
| 8/4/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with O3, Amazon |
| 8/4/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 8/4/2020 | 1.0 hour(s) | Peter Lindae | Call with L&T Management and Hilco / Retail Ecomm |
| 8/4/2020 | 2.0 hour(s) | Peter Lindae | Diligence work for Rue Gilt, AK Growth |
| 8/4/2020 | 0.5 hour(s) | Peter Lindae | Call with TPG |
| 8/4/2020 | 1.5 hour(s) | Peter Lindae | Bid and Process Tracking |
| 8/4/2020 | 3.0 hour(s) | Peter Lindae | BOD Presentation Preperation |
| 8/4/2020 | 1.0 hour(s) | Peter Lindae | Bid Package Review & Bidder Profiles Preparation |
| 8/5/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep |
| 8/5/2020 | 0.5 hour(s) | Gary Moon | SPS World intro call |
| 8/5/2020 | 1.0 hour(s) | Gary Moon | BID Package BOD Discussion |
| 8/5/2020 | 0.5 hour(s) | Gary Moon | Amazon Intro Call |
| 8/5/2020 | 0.5 hour(s) | Gary Moon | Kingswood Coordination |
| 8/5/2020 | 0.5 hour(s) | Gary Moon | Neviim Equity Intro Call |
| 8/5/2020 | 0.5 hour(s) | Gary Moon | Kingswood Call |
| 8/5/2020 | 1.5 hour(s) | Gary Moon | Messages with Monica Gomez, Client, Kingswood, Saadia, Harry & Rajeev, Amazon |
| 8/5/2020 | 0.5 hour(s) | Monica Mariani | SPS World intro call |
| 8/5/2020 | 1.0 hour(s) | Monica Mariani | BID Package BOD Discussion |
| 8/5/2020 | 0.5 hour(s) | Monica Mariani | Amazon Intro Call |
| 8/5/2020 | 1.0 hour(s) | Monica Mariani | Scheduling/Prep for Kingswood |
| 8/5/2020 | 0.5 hour(s) | Monica Mariani | Kingswood Coordination |
| 8/5/2020 | 0.5 hour(s) | Monica Mariani | Neviim Equity Intro Call |
| 8/5/2020 | 0.5 hour(s) | Monica Mariani | Kingswood Call |
| 8/5/2020 | 1.0 hour(s) | Monica Mariani | Email exchanges for Sycamore (Dataroom, NDAs coordination etc) |
| 8/5/2020 | 2.0 hour(s) | Monica Mariani | Coordination with Pat (Controller) on Inventory NOLV as of June/July |
| 8/5/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with SPS World |
| 8/5/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with Board to discuss bids |
| 8/5/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Kingswood, Sycamore, Neviim |
| 8/5/2020 | 1.5 hour(s) | Gaurav Gaitonde | Diligence work for O3 |
| 8/5/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Amazon |
| 8/5/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Management regarding Kingswood |
| 8/5/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Neviim |
| 8/5/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Kingswood |
| 8/5/2020 | 1.0 hour(s) | Peter Lindae | Call with Board to review Bids |
| 8/5/2020 | 0.5 hour(s) | Peter Lindae | Call with Amazon |
| 8/5/2020 | 0.5 hour(s) | Peter Lindae | Call with NEViiM Equity |
| 8/5/2020 | 0.5 hour(s) | Peter Lindae | Call with Kingswood |
| 8/6/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep |
| 8/6/2020 | 0.5 hour(s) | Gary Moon | Target Intro Call |

| Summary of Hours Worked - Total | | | |
|---|---|---|---|
| **DATE** | **HOURS** | | **DESRCIPTION** |
| 8/6/2020 | 0.5 hour(s) | Gary Moon | Kaplan & Moon Intro Call |
| 8/6/2020 | 0.5 hour(s) | Gary Moon | LeTote and Lord & Taylor Standing BOD Meeting |
| 8/6/2020 | 0.5 hour(s) | Gary Moon | Internal sync call |
| 8/6/2020 | 0.5 hour(s) | Monica Mariani | Target Intro Call |
| 8/6/2020 | 0.5 hour(s) | Monica Mariani | Kaplan & Moon Intro Call |
| 8/6/2020 | 0.5 hour(s) | Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 8/6/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call |
| 8/6/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Target |
| 8/6/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Skyview |
| 8/6/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Kaplan & Moon |
| 8/6/2020 | 0.5 hour(s) | Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |
| 8/6/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal |
| 8/6/2020 | 2.0 hour(s) | Gaurav Gaitonde | Diligence work for Neviim |
| 8/6/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation |
| 8/6/2020 | 0.5 hour(s) | Peter Lindae | Intro Call with Target |
| 8/6/2020 | 0.5 hour(s) | Peter Lindae | Kaplan & Moon Intro Call |
| 8/6/2020 | 0.5 hour(s) | Peter Lindae | Internal Team Sync |
| 8/7/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 8/7/2020 | 0.5 hour(s) | Gary Moon | Hilco Intro Call |
| 8/7/2020 | 0.5 hour(s) | Gary Moon | Call with Ed |
| 8/7/2020 | 0.5 hour(s) | Gary Moon | AK Growth Call |
| 8/7/2020 | 1.5 hour(s) | Gary Moon | Messages with Client, O3, Monica Gomez, Kirkland, Think BRG |
| 8/7/2020 | 0.5 hour(s) | Monica Mariani | Hilco Intro Call |
| 8/7/2020 | 0.5 hour(s) | Monica Mariani | AK Growth Call |
| 8/7/2020 | 3.0 hour(s) | Monica Mariani | Follow-up DD on Customer List |
| 8/7/2020 | 1.0 hour(s) | Monica Mariani | Coordinate/schedule several calls (Amazon, AK Growth, etc.) |
| 8/7/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Hilco |
| 8/7/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with AK Growth |
| 8/7/2020 | 4.0 hour(s) | Gaurav Gaitonde | Diligence work for RTR, SPS Commerce, AK Growth |
| 8/7/2020 | 0.5 hour(s) | Peter Lindae | Call with Hilco |
| 8/7/2020 | 0.5 hour(s) | Peter Lindae | Call with AK Growth |
| 8/7/2020 | 2.0 hour(s) | Peter Lindae | Diligence work for RTR, SPS Commerce, AK Growth |
| 8/10/2020 | 1.0 hour(s) | Monica Mariani | Coordination and answering follow-ups from Kingswood Capital |
| 8/10/2020 | 2.0 hour(s) | Gaurav Gaitonde | Diligence work for Neviim |
| 8/10/2020 | 2.5 hour(s) | Peter Lindae | Process Tracking and Mangement |
| 8/10/2020 | 1.5 hour(s) | Peter Lindae | Coordination for Kingswood Capital, Amazon, AK Growth |
| 8/11/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 8/11/2020 | 1.5 hour(s) | Gary Moon | Messages with Monica Gomez, Kirkland, Think BRG, Nevim Equity Zar group |
| 8/11/2020 | 0.5 hour(s) | Gary Moon | LeTote and Lord & Taylor Carlyle Standing Weekly Call |
| 8/11/2020 | 1.0 hour(s) | Gary Moon | AK Growth /Rajeev and Harry DD Call |
| 8/11/2020 | 0.5 hour(s) | Monica Mariani | Estee Lauder Intro Call |
| 8/11/2020 | 0.5 hour(s) | Monica Mariani | LeTote and Lord & Taylor Carlyle Standing Weekly Call |
| 8/11/2020 | 1.0 hour(s) | Monica Mariani | AK Growth /Rajeev and Harry DD Call |
| 8/11/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Estee Lauder |
| 8/11/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 8/11/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with L&T management and AK Growth |
| 8/11/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Skyview, SPS Commerce |
| 8/11/2020 | 1.0 hour(s) | Gaurav Gaitonde | Work on Le Tote model |
| 8/11/2020 | 0.5 hour(s) | Peter Lindae | Call with Estee Lauder |
| 8/11/2020 | 1.0 hour(s) | Peter Lindae | Call with L&T management and AK Growth |
| 8/12/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 8/12/2020 | 1.5 hour(s) | Gary Moon | Messages to Zar Group, Kirkland, Neviim Equity, client, Kingswood |
| 8/12/2020 | 1.0 hour(s) | Gary Moon | Estee Lauder Follow-up Call |
| 8/12/2020 | 0.5 hour(s) | Gary Moon | Call with Ed Kremer |
| 8/12/2020 | 1.0 hour(s) | Gary Moon | Neviim Follow-up Call |
| 8/12/2020 | 2.0 hour(s) | Monica Mariani | Follow-ups on inventory DD questions |
| 8/12/2020 | 1.5 hour(s) | Monica Mariani | Follow-ups/Preparation for Estee Lauder Call |
| 8/12/2020 | 1.0 hour(s) | Monica Mariani | Estee Lauder Follow-up Call |
| 8/12/2020 | 1.0 hour(s) | Monica Mariani | Neviim Follow-up Call |
| 8/12/2020 | 1.0 hour(s) | Monica Mariani | Follow-ups for Rajeev and Harry on Digital inventory |
| 8/12/2020 | 0.5 hour(s) | Monica Mariani | Consensus NDA turns |
| 8/12/2020 | 3.0 hour(s) | Monica Mariani | Follow-up responses for Rajeev & Harry on Current DC inventory breakdown by brand, cost price, retail price, etc. |
| 8/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Consensus |
| 8/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Neviim |
| 8/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Consensus, Saadia, Tengram |
| 8/12/2020 | 2.0 hour(s) | Peter Lindae | Follow-ups work on DD questions |
| 8/12/2020 | 3.0 hour(s) | Peter Lindae | Process Tracking and Mangement BOD Prep | Bid Comparison Update |
| 8/12/2020 | 1.0 hour(s) | Peter Lindae | Neviim Follow-up Call |
| 8/12/2020 | 3.5 hour(s) | Peter Lindae | Inventory DD Follow-ups for AK Growth |
| 8/13/2020 | 0.5 hour(s) | Gary Moon | Meeting Prep |

| \
| **Summary of Hours Worked - Total** | | | |
|---|---|---|---|
| **DATE** | **HOURS** | | **DESRCIPTION** |
| 8/13/2020 | 1.0 hour(s) | Gary Moon | Neviim Call |
| 8/13/2020 | 0.5 hour(s) | Gary Moon | Saadia Intro Call |
| 8/13/2020 | 1.5 hour(s) | Gary Moon | Messages to Saadia, Kirkland, Monica Gomez |
| 8/13/2020 | 0.5 hour(s) | Monica Mariani | Neviim Follow-up Call |
| 8/13/2020 | 0.5 hour(s) | Monica Mariani | Saadia Intro Call |
| 8/13/2020 | 2.0 hour(s) | Monica Mariani | Follow-up from CSC Generation |
| 8/13/2020 | 1.0 hour(s) | Monica Mariani | Estee Lauder NDA turns |
| 8/13/2020 | 6.0 hour(s) | Monica Mariani | Rajeev & Harry requests - reformating and redoing DD items |
| 8/13/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Target |
| 8/13/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Neviim |
| 8/13/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Saadia |
| 8/13/2020 | 2.0 hour(s) | Gaurav Gaitonde | Diligence work for CSC |
| 8/13/2020 | 0.5 hour(s) | Peter Lindae | Call with Target |
| 8/13/2020 | 0.5 hour(s) | Peter Lindae | Follow-up Call with Neviim |
| 8/13/2020 | 3.0 hour(s) | Peter Lindae | BOD Update Preparation |
| 8/13/2020 | 5.0 hour(s) | Peter Lindae | Rajeev & Harry / AK Growth Requests - DD items |
| 8/13/2020 | 1.0 hour(s) | Peter Lindae | Diligence work for CSC |
| 8/14/2020 | 1.0 hour(s) | Monica Mariani | CSC follow-ups |
| 8/14/2020 | 3.0 hour(s) | Monica Mariani | Additional outreach to new potential interested parties Story 3 Capital and research to find those potential parties |
| 8/14/2020 | 6.0 hour(s) | Monica Mariani | Follow-up requests from AK Growth |
| 8/14/2020 | 2.0 hour(s) | Gaurav Gaitonde | Diligence work for AK Growth |
| 8/14/2020 | 3.0 hour(s) | Peter Lindae | Follow-up requests from AK Growth |
| 8/14/2020 | 1.5 hour(s) | Peter Lindae | Process Tracking and Management |
| 8/17/2020 | 1.0 hour(s) | Gary Moon | Call AK Growth Follow-up |
| 8/17/2020 | 0.5 hour(s) | Gary Moon | Internal Sync Call |
| 8/17/2020 | 1.5 hour(s) | Gary Moon | Messages to client and kirkland, Saadia, AK Growth, Neviim Equity |
| 8/17/2020 | 0.5 hour(s) | Monica Mariani | Zar Call for DR access |
| 8/17/2020 | 3.0 hour(s) | Monica Mariani | Additional requests, calls, email exchanges from Zar |
| 8/17/2020 | 1.0 hour(s) | Monica Mariani | Prep for AK Growth follow-up |
| 8/17/2020 | 1.0 hour(s) | Monica Mariani | AK Growth Follow-up |
| 8/17/2020 | 0.5 hour(s) | Monica Mariani | Internal Sync Call |
| 8/17/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with L&T management and AK Growth |
| 8/17/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal |
| 8/17/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Consensus, Saadia, Solitaire, Neviim |
| 8/17/2020 | 1.0 hour(s) | Gaurav Gaitonde | Diligence work for Neviim |
| 8/17/2020 | 0.5 hour(s) | Peter Lindae | Internal Nfluence sync on deal |
| 8/17/2020 | 1.0 hour(s) | Peter Lindae | Call with L&T management and AK Growth |
| 8/17/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking & Management |
| 8/18/2020 | 1.0 hour(s) | Gary Moon | Material Review |
| 8/18/2020 | 0.5 hour(s) | Gary Moon | LeTote and Lord & Taylor Carlyle Standing Weekly Call |
| 8/18/2020 | 1.5 hour(s) | Gary Moon | Messages to Client, Kirkland, Zar Group, Harry & Rajeev, BDO |
| 8/18/2020 | 1.0 hour(s) | Gary Moon | Amazon Store Discussion |
| 8/18/2020 | 1.0 hour(s) | Gary Moon | AK Growth Call |
| 8/18/2020 | 0.5 hour(s) | Monica Mariani | Story 3 Capital Intro Call |
| 8/18/2020 | 0.5 hour(s) | Monica Mariani | LeTote and Lord & Taylor Carlyle Standing Weekly Call |
| 8/18/2020 | 1.0 hour(s) | Monica Mariani | Amazon Store Discussion |
| 8/18/2020 | 4.0 hour(s) | Monica Mariani | AK Growth Followups |
| 8/18/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 8/18/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with L&T Management and Amazon |
| 8/18/2020 | 1.0 hour(s) | Peter Lindae | Call with L&T Management and Amazon |
| 8/18/2020 | 3.0 hour(s) | Peter Lindae | Diligence and Follow-ups | AK Growth |
| 8/19/2020 | 0.5 hour(s) | Gary Moon | Internal Sync Call |
| 8/19/2020 | 1.0 hour(s) | Gary Moon | Call with Michele Simonato about Le Tote |
| 8/19/2020 | 0.5 hour(s) | Monica Mariani | Internal Sync Call |
| 8/19/2020 | 4.0 hour(s) | Monica Mariani | Research on additional names - searching through "losing parties" at other retail bankruptcies |
| 8/19/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Solitaire |
| 8/19/2020 | 0.5 hour(s) | Peter Lindae | Internal Sync Call |
| 8/19/2020 | 1.5 hour(s) | Peter Lindae | Process Tracking & BOD Prep |
| 8/19/2020 | 4.0 hour(s) | Peter Lindae | Market Check & Bankruptcy Research |
| 8/20/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep |
| 8/20/2020 | 0.5 hour(s) | Gary Moon | BDO Weekly |
| 8/20/2020 | 1.5 hour(s) | Gary Moon | Messages to Kirkland, BDO, Client, Harry & Rajeev, AK Growth |
| 8/20/2020 | 1.0 hour(s) | Gary Moon | LeTote and Lord & Taylor Standing BOD Meeting |
| 8/20/2020 | 0.5 hour(s) | Monica Mariani | Amazon Catch-up |
| 8/20/2020 | 1.0 hour(s) | Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 8/20/2020 | 1.0 hour(s) | Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |
| 8/20/2020 | 4.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation |
| 8/21/2020 | 0.5 hour(s) | Gary Moon | BDO Call |
| 8/21/2020 | 1.0 hour(s) | Monica Mariani | Check-in on Amazon and others |
| 8/21/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Skyview |

| Summary of Hours Worked - Total | | | |
|---|---|---|---|
| **DATE** | **HOURS** | | **DESRCIPTION** |
| 8/21/2020 | 1.0 hour(s) | Peter Lindae | Active Parties Follow-ups and DD Requests |
| 8/24/2020 | 0.5 hour(s) | Gary Moon | Messages to Kirkland |
| 8/24/2020 | 1.0 hour(s) | Monica Mariani | Story3 Capital NDA Discussion |
| 8/24/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking Management |
| 8/25/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 8/25/2020 | 0.5 hour(s) | Gary Moon | Messages to Client |
| 8/25/2020 | 0.5 hour(s) | Gary Moon | LeTote and Lord & Taylor Carlyle Standing Weekly Call |
| 8/25/2020 | 0.5 hour(s) | Gary Moon | Call Le Tote / L&T |
| 8/25/2020 | 1.0 hour(s) | Monica Mariani | Story3 Dataroom and additional questions |
| 8/25/2020 | 0.5 hour(s) | Monica Mariani | LeTote and Lord & Taylor Carlyle Standing Weekly Call |
| 8/25/2020 | 1.0 hour(s) | Monica Mariani | Coordination for Saadia |
| 8/25/2020 | 2.0 hour(s) | Monica Mariani | Chasing and daily check-ins on unresponsive parties |
| 8/25/2020 | 1.0 hour(s) | Monica Mariani | Zar call for additional clarifications |
| 8/25/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 8/25/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Saadia, Mason |
| 8/25/2020 | 1.0 hour(s) | Peter Lindae | Active Parties Follow-Ups & Information Gathering |
| 8/26/2020 | 1.0 hour(s) | Gary Moon | Call Le Tote - Sale Process Update with BDO |
| 8/26/2020 | 1.0 hour(s) | Gary Moon | Target Follow-Up Discussion |
| 8/26/2020 | 1.0 hour(s) | Monica Mariani | Target Follow-Up Discussion |
| 8/26/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with Le Tote and L&T Management and Target |
| 8/26/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with BDO, Saadia |
| 8/26/2020 | 1.0 hour(s) | Peter Lindae | Call with Le Tote and L&T Management and Target |
| 8/26/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking & Management |
| 8/27/2020 | 0.5 hour(s) | Gary Moon | Saadia Follow-Up |
| 8/27/2020 | 0.5 hour(s) | Gary Moon | Internal Sync Call |
| 8/27/2020 | 1.0 hour(s) | Monica Mariani | Coordination SixthStreet and intro call |
| 8/27/2020 | 0.5 hour(s) | Monica Mariani | TPG Follow-Up |
| 8/27/2020 | 0.5 hour(s) | Monica Mariani | Saadia Follow-Up |
| 8/27/2020 | 1.0 hour(s) | Monica Mariani | Estee Lauder Follow-Up |
| 8/27/2020 | 0.5 hour(s) | Monica Mariani | Internal Sync Call |
| 8/27/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Saadia |
| 8/27/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal |
| 8/27/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Consensus, Solitaire, BDO, Mason |
| 8/27/2020 | 0.5 hour(s) | Peter Lindae | Internal Sync Call |
| 8/27/2020 | 4.0 hour(s) | Peter Lindae | Outreach and Bid Update Review |
| 8/28/2020 | 0.5 hour(s) | Monica Mariani | Estee Lauder Follow-Up |
| 8/28/2020 | 2.5 hour(s) | Peter Lindae | Outreach and Bid Update Preperation |
| 8/31/2020 | 1.5 hour(s) | Gary Moon | Prepare Amendment details |
| 8/31/2020 | 0.5 hour(s) | Gary Moon | Call Le Tote Amendment |
| 8/31/2020 | 3.0 hour(s) | Monica Mariani | Clarifying questions from Estee Lauder on Customer List etc to Dave MacDougall |
| 8/31/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Saadia, BDO, AK Growth |
| 8/31/2020 | 3.0 hour(s) | Peter Lindae | ABL Research and Analysis for Internal Review |