Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

-and-

David L. Eaton (admitted *pro hac vice*)
Jaimie Fedell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle  Street
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
Brian H. Richardson (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:     (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LE TOTE, INC., *et al.*,[1] | ) | Case No. 20-33332 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SECOND MONTHLY FEE
## APPLICATION OF NFLUENCE PARTNERS AS INVESTMENT
## BANKER FOR THE DEBTORS FOR COMPENSATION FOR THE
## PERIOD FROM SEPTEMBER 1, 2020 TO AND INCLUDING SEPTEMBER 30, 2020

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
       claims and noticing agent at https://cases.stretto.com/letote/.  The location of the Debtors' service address is
       250 Vesey Street, 22nd Floor, New York, New York 10281.

| | |
|---|---|
| **Name of Applicant:** | **HMAdviseCo, LLC d/b/a Nfluence Partners ("Nfluence")** |
| Authorized to provide professional services to: | Le Tote, Inc., *et al.* Debtors and Debtors in Possession |
| Date of retention: | Order entered on October 22, 2020, retention as of August 2, 2020 |
| Period for which compensation and reimbursement is sought: | September 1, 2020, through September 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $25,000.00 |
| Amount of compensation requested immediately | $0.00[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Type of fee statement or application: | Monthly Fee Statement[3] |

---

[2]   Pursuant to the Retention Order (as defined herein), the Debtors are authorized to pay the $25,000 Monthly Fee to Nfluence each month when requested under the Engagement Letters (as defined herein) without a prior fee application

[3]   Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.  Accordingly, the Debtors' payment of such Monthly Fees is not reflected in this Monthly Fee Statement (as defined below).

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Local Rules</u>"), the *Order (I) Authorizing the Retention and Employment of Nfluence Partners as Investment Banker for the Debtors and Debtors in Possession Effective as of August 2, 2020, (II) Modifying Certain Time-Keeping Requirements, and (III) Granting Related Relief* [Docket No. 474] (the "<u>Retention Order</u>"),[4] the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, entered September 21, 2020 [Docket No. 189] (the "<u>Interim Compensation Order</u>"), Nfluence, investment banker for the Debtor, hereby files this monthly fee statement (this "<u>Monthly Fee Statement</u>") for interim allowance and payment of compensation for professional services rendered and reimbursement of expenses incurred for the period from September 1, 2020 to and including September 30, 2020 (the "<u>Fee Period</u>") in the aggregate amount of $25,000.00, comprised of: (i) $25,000.00 earned by Nfluence for its professional services to the Debtors during the Fee Period, plus (ii) $0.00 of actual and necessary expenses that Nfluence incurred during the Fee Period in connection with such services.

### Itemization of Services Provided and Expenses Incurred

1. In support this Monthly Fee Statement, attached are the following exhibits:

   - **<u>Exhibit A</u>** is a detailed schedule of the number of hours expended by each Nfluence

---

[4] The Retention Order approved the terms of that certain engagement letter certain engagement letter between Nfluence, BA Securities, LLC ("<u>BA</u>"), and Le Tote Inc., dated as of May 8, 2020 (the "<u>Le Tote Engagement Letter</u>"), that certain engagement letter between Nfluence, BA, and Le Tote, dated as of June 16, 2020 (the "<u>Lord and Taylor Engagement Letter</u>"), and that certain Amendment to Engagement Agreement, amending the Lord & Taylor Engagement Letter, dated as of September 14, 2020 (the "<u>Lord & Taylor Amendment</u>," and together with the Le Tote Engagement Letter and the Lord & Taylor Engagement Letter, the "<u>Engagement Letters</u>"), copies of which are attached as <u>Exhibit 1</u>, <u>Exhibit 2</u>, and <u>Exhibit 3</u> to Exhibit A, respectively, of the Application. All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Order.

professional who rendered services on behalf of the Debtors during the Fee Period.

- **<u>Exhibit B</u>** is a summary of fees and expenses incurred by Nfluence during this Fee Period in the rendition of the professional services to the Debtors and their estates for which reimbursement is sought pursuant to this Monthly Fee Statement.

### <u>Representations</u>

2.  Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Nfluence reserves the right to make further application to the Court for allowance of such fees and expenses not included herein.  Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Rules, and the Interim Compensation Order.

*[Remainder of page intentionally left blank]*

**WHEREFORE**, Nfluence requests interim allowance and payment of its fees earned and expenses incurred during the Fee Period in the total amount of $25,000.00, consisting of (i) $25,00.00 earned by Nfluence for its professional services to the Debtors during the Fee Period, plus (ii) $0.00 of actual and necessary expenses that Nfluence incurred during the Fee Period in connection with such services, and that such fees and expense be paid as administrative expenses of the Debtors' estates.

Dated: December 1, 2020                         **NFLUENCE Partners**

                                                */s/ Gary Moon*
                                                Gary Moon
                                                Managing Partner
                                                Nfluence Partners

## **Exhibit A**

**Summary of Hours by Professional**

| Summary of Hours | | | | |
|---|---|---|---|---|
| Month | Gary Moon | Monica Mariani | Gaurav Giatonde | Peter Lindae |
| 9/1/2020 | 0.0 | 1.5 | 2.5 | 3.5 |
| 9/2/2020 | 0.0 | 3.5 | 4.0 | 3.0 |
| 9/3/2020 | 0.0 | 5.0 | 4.5 | 5.0 |
| 9/4/2020 | 0.0 | 4.0 | 3.0 | 0.5 |
| 9/5/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9/6/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9/7/2020 | 1.0 | 0.5 | 1.0 | 2.5 |
| 9/8/2020 | 2.0 | 5.5 | 5.5 | 3.0 |
| 9/9/2020 | 4.5 | 11.0 | 8.0 | 3.0 |
| 9/10/2020 | 4.5 | 9.5 | 14.5 | 8.0 |
| 9/11/2020 | 4.5 | 2.5 | 5.5 | 4.0 |
| 9/12/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9/13/2020 | 0.0 | 0.0 | 0.5 | 0.0 |
| 9/14/2020 | 4.0 | 4.0 | 2.0 | 2.0 |
| 9/15/2020 | 3.0 | 1.5 | 3.0 | 3.0 |
| 9/16/2020 | 3.0 | 1.5 | 3.5 | 3.0 |
| 9/17/2020 | 5.0 | 3.0 | 3.5 | 4.5 |
| 9/18/2020 | 1.0 | 0.0 | 0.0 | 0.5 |
| 9/19/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9/20/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9/21/2020 | 2.0 | 1.0 | 2.0 | 1.0 |
| 9/22/2020 | 0.0 | 2.0 | 2.5 | 1.0 |
| 9/23/2020 | 1.0 | 0.5 | 1.0 | 2.0 |
| 9/24/2020 | 4.0 | 8.0 | 2.0 | 6.5 |
| 9/25/2020 | 3.0 | 8.5 | 2.5 | 6.0 |
| 9/26/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9/27/2020 | 0.0 | 4.0 | 0.0 | 4.0 |
| 9/28/2020 | 1.5 | 2.0 | 0.0 | 6.0 |
| 9/29/2020 | 3.3 | 1.0 | 1.5 | 3.0 |
| 9/30/2020 | 4.5 | 2.5 | 0.5 | 0.0 |
| Total | 51.8 | 82.5 | 73.0 | 75.0 |

## **Exhibit B**

**Summary of Actual and Necessary Expenses**

| DATE | HOURS | | DESRCIPTION |
|------|-------|-------------------|-------------|
| | | **Summary of Hours Worked - Total** | |
| 9/1/2020 | 1.5 hour(s) | Monica Mariani | Call with LeTote and LT Management & Solitaire |
| 9/1/2020 | 1.5 hour(s) | Gaurav Gaitonde | Call with LeTote and L&T Management & Solitaire |
| 9/1/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 9/1/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Mason |
| 9/1/2020 | 1.5 hour(s) | Peter Lindae | Call with LeTote and LT Management & Solitaire |
| 9/1/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking Management, ABL Research |
| 9/2/2020 | 0.5 hour(s) | Monica Mariani | Intro call with Verite Capital |
| 9/2/2020 | 0.5 hour(s) | Monica Mariani | Call with Zar Group, Richard Silverstien on stalking horse questions |
| 9/2/2020 | 0.5 hour(s) | Monica Mariani | Call with Management on AK Growth DD Requests |
| 9/2/2020 | 2.0 hour(s) | Monica Mariani | Worked on AK DD requests |
| 9/2/2020 | 0.5 hour(s) | Gaurav Gaitonde | Intro call with Venus |
| 9/2/2020 | 0.5 hour(s) | Gaurav Gaitonde | Intro call with Creditntell |
| 9/2/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call AK Growth | Le Tote |
| 9/2/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with Venus, Target, Saadia, Marquee Brands |
| 9/2/2020 | 1.0 hour(s) | Gaurav Gaitonde | ABL List for AK Growth |
| 9/2/2020 | 1.0 hour(s) | Gaurav Gaitonde | Diligence work for Saadia |
| 9/2/2020 | 2.0 hour(s) | Peter Lindae | AK Growth Diligence Requests |
| 9/2/2020 | 1.0 hour(s) | Peter Lindae | Process Tracking Management |
| 9/3/2020 | 0.5 hour(s) | Monica Mariani | Intro call with Myron Bowling |
| 9/3/2020 | 1.5 hour(s) | Monica Mariani | Call with LeTote and LT Management & Saadia |
| 9/3/2020 | 0.5 hour(s) | Monica Mariani | BOD material preparation (chasing data, clarifying, process update, etc.) |
| 9/3/2020 | 1.0 hour(s) | Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 9/3/2020 | 1.5 hour(s) | Monica Mariani | Estee Lauder exchanges & customer data follow-ups |
| 9/3/2020 | 0.5 hour(s) | Gaurav Gaitonde | Prep for Saadia calls |
| 9/3/2020 | 1.5 hour(s) | Gaurav Gaitonde | Call with LeTote and L&T Management & Saadia |
| 9/3/2020 | 1.0 hour(s) | Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |
| 9/3/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Neuberger Berman |
| 9/3/2020 | 1.0 hour(s) | Gaurav Gaitonde | Work on Saadia diligence requests |
| 9/3/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation |
| 9/3/2020 | 1.5 hour(s) | Peter Lindae | Bidding Procedures Tracking Update |
| 9/3/2020 | 1.5 hour(s) | Peter Lindae | Call with LeTote and LT Management & Saadia |
| 9/4/2020 | 0.5 hour(s) | Monica Mariani | Verite Capital Dataroom walk-through |
| 9/4/2020 | 2.0 hour(s) | Monica Mariani | Verite Capital follow-ups |
| 9/4/2020 | 0.5 hour(s) | Monica Mariani | Call with Saadia on DD Follow-ups |
| 9/4/2020 | 0.5 hour(s) | Monica Mariani | Call with DSW on General Transaction Matters |
| 9/4/2020 | 0.5 hour(s) | Monica Mariani | Call with Hilco on General Transaction Matters |
| 9/4/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal |
| 9/4/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Saadia on DD follow-ups |
| 9/4/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Hilco on general transaction matters |
| 9/4/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Solitaire on general transaction matters |
| 9/4/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with DSW on general transaction matters |
| 9/4/2020 | 0.50 hour(s) | Gaurav Gaitonde | Messaging with Recircled, DSW, Brookfield, Rue Gilt, Caastle, Elliot, Saadia |
| 9/4/2020 | 0.5 hour(s) | Peter Lindae | Updates for Stretto Notice |
| 9/7/2020 | 1.0 hour(s) | Gary Moon | L&T Internal |
| 9/7/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call |
| 9/7/2020 | 1.00 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal |
| 9/7/2020 | 1.0 hour(s) | Peter Lindae | Internal Process Call |
| 9/7/2020 | 1.5 hour(s) | Peter Lindae | Internal Bid Side-by-side Review |
| 9/8/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 9/8/2020 | 0.5 hour(s) | Gary Moon | Solitaire Follow Up |
| 9/8/2020 | 0.5 hour(s) | Gary Moon | Internal Sync |
| 9/8/2020 | 0.5 hour(s) | Gary Moon | Call with Hilco Global |
| 9/8/2020 | 0.5 hour(s) | Monica Mariani | Call with Solitaire on DD Follow-ups |
| 9/8/2020 | 0.5 hour(s) | Monica Mariani | Internal call to Discuss General Transaction Matters |
| 9/8/2020 | 0.5 hour(s) | Monica Mariani | Call with Hilco on General Transaction Matters |
| 9/8/2020 | 3.0 hour(s) | Monica Mariani | Prep deck for Solitaire (floor plan deck; multiple calls with Bobby and teeam to get deck ready) |
| 9/8/2020 | 1.0 hour(s) | Monica Mariani | Multiple exchanges for NDA execution for Grand Metropolitan |
| 9/8/2020 | 0.5 hour(s) | Gaurav Gaitonde | Discussion with LT/L&T on Solitaire follow-ups |
| 9/8/2020 | 0.5 hour(s) | Gaurav Gaitonde | Discussion with L&T on Citi model |
| 9/8/2020 | 2.0 hour(s) | Gaurav Gaitonde | Work on Citi model |
| 9/8/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 9/8/2020 | 0.50 hour(s) | Gaurav Gaitonde | Call with Hilco on general transaction matters |
| 9/8/2020 | 0.5 hour(s) | Gaurav Gaitonde | Discussions with Mason |
| 9/8/2020 | 1.0 hour(s) | Gaurav Gaitonde | Work on offer comparison grid |
| 9/8/2020 | 0.5 hour(s) | Peter Lindae | Call with Solitaire on DD Follow-ups |
| 9/8/2020 | 0.5 hour(s) | Peter Lindae | Internal call to Discuss General Transaction Matters |
| 9/8/2020 | 0.5 hour(s) | Peter Lindae | Call with Hilco on General Transaction Matters |
| 9/8/2020 | 1.0 hour(s) | Peter Lindae | Process Tracking Management |
| 9/8/2020 | 0.5 hour(s) | Peter Lindae | Market Conditions & Deal Intelligence Review |
| 9/9/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep |

| DATE | HOURS | | DESRCIPTION |
|------|-------|--|-------------|
| | | **Summary of Hours Worked - Total** | |
| 9/9/2020 | 1.5 hour(s) | Gary Moon | Joint Bid Call/Solitaire Follow up |
| 9/9/2020 | 1.0 hour(s) | Gary Moon | Call with Zar Group |
| 9/9/2020 | 1.0 hour(s) | Gary Moon | Call with Saadia |
| 9/9/2020 | 1.0 hour(s) | Monica Mariani | Multiple exchanges for NDA execution for Otto |
| 9/9/2020 | 2.0 hour(s) | Monica Mariani | Follow-up DD requests from Otto/Venus and call |
| 9/9/2020 | 1.0 hour(s) | Monica Mariani | Call with Solitaire on DD Follow-ups |
| 9/9/2020 | 1.0 hour(s) | Monica Mariani | Story 3 Capital intro and exchanges |
| 9/9/2020 | 1.0 hour(s) | Monica Mariani | Prep Management for Zar Call |
| 9/9/2020 | 1.0 hour(s) | Monica Mariani | Zar DD follow-ups |
| 9/9/2020 | 1.0 hour(s) | Monica Mariani | Call with Zar Group and Management on DD |
| 9/9/2020 | 1.0 hour(s) | Monica Mariani | Call with Saadia with Management on DD |
| 9/9/2020 | 0.5 hour(s) | Monica Mariani | Call with Zar on General Transaction Matters |
| 9/9/2020 | 0.5 hour(s) | Monica Mariani | Call with Management (VP Supply Chain) |
| 9/9/2020 | 1.0 hour(s) | Monica Mariani | Myron Bowling mutliple exchanges |
| 9/9/2020 | 1.0 hour(s) | Gaurav Gaitonde | Discussion with LT/L&T on Solitaire follow-ups |
| 9/9/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with L&T Management & Zar Group |
| 9/9/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with LeTote and L&T Management & Saadia |
| 9/9/2020 | 4.0 hour(s) | Gaurav Gaitonde | Work in Citi model |
| 9/9/2020 | 1.0 hour(s) | Gaurav Gaitonde | Work on Saadia diligence requests |
| 9/9/2020 | 1.0 hour(s) | Peter Lindae | Market Conditions & Deal Intelligence Review |
| 9/9/2020 | 1.0 hour(s) | Peter Lindae | Call with Saadia with Management on DD |
| 9/9/2020 | 1.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation |
| 9/10/2020 | 1.0 hour(s) | Gary Moon | Material Review |
| 9/10/2020 | 0.5 hour(s) | Gary Moon | Internal Sync |
| 9/10/2020 | 2.0 hour(s) | Gary Moon | Call Le Tote and Saadia Follow up |
| 9/10/2020 | 1.0 hour(s) | Gary Moon | Le Tote Standing Board Call |
| 9/10/2020 | 2.0 hour(s) | Monica Mariani | Review BRG liquidation model |
| 9/10/2020 | 0.5 hour(s) | Monica Mariani | Call with Myron Bowling on General Transaction Matters |
| 9/10/2020 | 2.0 hour(s) | Monica Mariani | Coordinating Myron Bowling requests for in-person tour of facility and questions on equipment within those facilities |
| 9/10/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call |
| 9/10/2020 | 2.0 hour(s) | Monica Mariani | Call with Saadia and Management on DD |
| 9/10/2020 | 1.0 hour(s) | Monica Mariani | BOD material preparation (chasing data, clarifying, process update, etc.) |
| 9/10/2020 | 1.0 hour(s) | Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 9/10/2020 | 0.5 hour(s) | Monica Mariani | Call with Kirkland on General Transaction Matters |
| 9/10/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal |
| 9/10/2020 | 2.0 hour(s) | Gaurav Gaitonde | Call with LeTote and L&T Management & Saadia |
| 9/10/2020 | 1.0 hour(s) | Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |
| 9/10/2020 | 1.0 hour(s) | Gaurav Gaitonde | Work on Saadia diligence requests |
| 9/10/2020 | 10.0 hour(s) | Gaurav Gaitonde | Updates on Citi model and small stores model |
| 9/10/2020 | 0.5 hour(s) | Peter Lindae | Internal Sync Call |
| 9/10/2020 | 0.50 hour(s) | Peter Lindae | Internal call to Discuss General Transaction Matters |
| 9/10/2020 | 2.00 hour(s) | Peter Lindae | Review BRG liquidation model |
| 9/10/2020 | 2.0 hour(s) | Peter Lindae | Call with Saadia and Management on DD |
| 9/10/2020 | 1.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation |
| 9/10/2020 | 1.0 hour(s) | Peter Lindae | Internal Bid Side-by-side Preparation |
| 9/10/2020 | 0.5 hour(s) | Peter Lindae | Updates for Stretto Notice |
| 9/10/2020 | 0.50 hour(s) | Peter Lindae | Call with KE on Stretto Notices |
| 9/11/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 9/11/2020 | 0.5 hour(s) | Gary Moon | Call with BRG on General Transaction Matters |
| 9/11/2020 | 1.0 hour(s) | Gary Moon | Messaging Saadia, NYL Investors |
| 9/11/2020 | 1.0 hour(s) | Gary Moon | Internal Call to Discuss Solitaire |
| 9/11/2020 | 1.0 hour(s) | Gary Moon | Call with Solitaire on DD Follow-ups |
| 9/11/2020 | 0.5 hour(s) | Gary Moon | Call Le Tote | Saadia |
| 9/11/2020 | 0.5 hour(s) | Monica Mariani | Call with BRG on General Transaction Matters |
| 9/11/2020 | 1.0 hour(s) | Monica Mariani | Call with Solitaire on DD Follow-ups |
| 9/11/2020 | 1.0 hour(s) | Monica Mariani | Call with Solitaire on DD Follow-ups |
| 9/11/2020 | 1.0 hour(s) | Gaurav Gaitonde | Model discussion with L&T management |
| 9/11/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with BRG on General Transaction Matters |
| 9/11/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with L&T Management and Solitaire |
| 9/11/2020 | 2.0 hour(s) | Gaurav Gaitonde | Diligence work for Saadia and Solitaire |
| 9/11/2020 | 1.0 hour(s) | Gaurav Gaitonde | Work on Citi and small stores model |
| 9/11/2020 | 1.0 hour(s) | Peter Lindae | Call with Solitaire on Diligence Follow-ups |
| 9/11/2020 | 1.0 hour(s) | Peter Lindae | Call with Solitaire on Diligence Follow-ups |
| 9/11/2020 | 0.5 hour(s) | Peter Lindae | Updates for Stretto Notice |
| 9/11/2020 | 1.5 hour(s) | Peter Lindae | Process Tracking Management |
| 9/13/2020 | 0.5 hour(s) | Gaurav Gaitonde | Prep for Saadia calls |
| 9/14/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 9/14/2020 | 1.0 hour(s) | Gary Moon | Call with Solitaire on DD Follow-ups - Infrastructure/Technical call |
| 9/14/2020 | 1.5 hour(s) | Gary Moon | Messaging Saadia, G-III, David Peress, Rajeev & Harry, Solitaire, Kirkland |

| | | | Summary of Hours Worked - Total | |
|---|---|---|---|---|
| **DATE** | **HOURS** | | **DESRCIPTION** | |
| 9/14/2020 | 1.0 hour(s) | Gary Moon | Call with Management L&T | |
| 9/14/2020 | 1.0 hour(s) | Monica Mariani | Call with Solitaire on DD Follow-ups - Infrastructure/Technical call | |
| 9/14/2020 | 1.0 hour(s) | Monica Mariani | Call with Solitaire and Management on DD Follow-ups | |
| 9/14/2020 | 1.0 hour(s) | Monica Mariani | Multiple exchanges with Estee Lauder on customer data | |
| 9/14/2020 | 1.0 hour(s) | Monica Mariani | NY Life Real Estate call and email exchange | |
| 9/14/2020 | 2.0 hour(s) | Gaurav Gaitonde | Calls with Le Tote and L&T Management and Saadia | |
| 9/14/2020 | 1.0 hour(s) | Peter Lindae | Call with Solitaire on DD Follow-ups - Infrastructure/Technical call | |
| 9/14/2020 | 1.0 hour(s) | Peter Lindae | Call with Solitaire and Management on DD Follow-ups | |
| 9/15/2020 | 0.5 hour(s) | Gary Moon | Meeting Prep | |
| 9/15/2020 | 0.5 hour(s) | Gary Moon | Call L&T/ Saadia | |
| 9/15/2020 | 0.5 hour(s) | Gary Moon | Call Le Tote/WF/Carlyle Weekly | |
| 9/15/2020 | 1.0 hour(s) | Gary Moon | Messaging DSW, Ebay, Recircled | |
| 9/15/2020 | 0.5 hour(s) | Gary Moon | Internal sync call | |
| 9/15/2020 | 1.0 hour(s) | Monica Mariani | Call with Solitaire and Management on DD Follow-ups | |
| 9/15/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call | |
| 9/15/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with Le Tote and L&T Management and Saadia | |
| 9/15/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly | |
| 9/15/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal | |
| 9/15/2020 | 1.0 hour(s) | Gaurav Gaitonde | Diligence work for Saadia | |
| 9/15/2020 | 2.5 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation | |
| 9/15/2020 | 0.5 hour(s) | Peter Lindae | Internal sync call | |
| 9/16/2020 | 1.0 hour(s) | Gary Moon | Call with G-III and Management | |
| 9/16/2020 | 1.5 hour(s) | Gary Moon | Messaging Kirkland, Saadia, David Peress | |
| 9/16/2020 | 0.5 hour(s) | Gary Moon | Call Le Tote | BDO Weekly | |
| 9/16/2020 | 1.0 hour(s) | Monica Mariani | Call with G-III and Management | |
| 9/16/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call | |
| 9/16/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with Le Tote management and GIII | |
| 9/16/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal | |
| 9/16/2020 | 1.5 hour(s) | Gaurav Gaitonde | Calls with and diligence work for Saadia | |
| 9/16/2020 | 1.0 hour(s) | Peter Lindae | Call with G-III and Management | |
| 9/16/2020 | 0.5 hour(s) | Peter Lindae | Internal sync call | |
| 9/16/2020 | 1.5 hour(s) | Peter Lindae | Internal Update Materials Preparation | |
| 9/17/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep | |
| 9/17/2020 | 0.5 hour(s) | Gary Moon | Internal sync call in prep for BOD package | |
| 9/17/2020 | 1.0 hour(s) | Gary Moon | Call with Mason and Management | |
| 9/17/2020 | 0.5 hour(s) | Gary Moon | Internal sync call | |
| 9/17/2020 | 1.0 hour(s) | Gary Moon | LeTote and Lord & Taylor Standing BOD Meeting | |
| 9/17/2020 | 1.0 hour(s) | Gary Moon | Messaging Solitaire, BDO | |
| 9/17/2020 | 1.0 hour(s) | Monica Mariani | Call with Mason and Management | |
| 9/17/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call in prep for BOD package | |
| 9/17/2020 | 0.5 hour(s) | Monica Mariani | BOD material preparation (chasing data, clarifying, process update, etc.) | |
| 9/17/2020 | 1.0 hour(s) | Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting | |
| 9/17/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal | |
| 9/17/2020 | 1.0 hour(s) | Gaurav Gaitonde | Calls with L&T Management and Mason | |
| 9/17/2020 | 1.0 hour(s) | Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting | |
| 9/17/2020 | 1.0 hour(s) | Gaurav Gaitonde | Diligence work for Saadia | |
| 9/17/2020 | 0.5 hour(s) | Peter Lindae | Call with Dan on Diligence Matters | |
| 9/17/2020 | 0.5 hour(s) | Peter Lindae | Internal call to Discuss General Transaction Matters | |
| 9/17/2020 | 1.0 hour(s) | Peter Lindae | Diligence Material Preparation | |
| 9/17/2020 | 0.5 hour(s) | Peter Lindae | Internal sync call in prep for BOD package | |
| 9/17/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation | |
| 9/18/2020 | 1.0 hour(s) | Gary Moon | Messaging Kirkland, Saadia | |
| 9/18/2020 | 0.5 hour(s) | Peter Lindae | Updates for Stretto Notice | |
| 9/21/2020 | 1.0 hour(s) | Gary Moon | Internal Sync on Saadia questions | |
| 9/21/2020 | 1.0 hour(s) | Gary Moon | Messaging Think BRG, David Peress | |
| 9/21/2020 | 1.0 hour(s) | Monica Mariani | Internal Sync on Saadia questions | |
| 9/21/2020 | 1.0 hour(s) | Gaurav Gaitonde | Call with L&T management on Saadia DD | |
| 9/21/2020 | 1.0 hour(s) | Gaurav Gaitonde | Diligence work for Saadia | |
| 9/21/2020 | 1.0 hour(s) | Peter Lindae | Internal Sync on Saadia Follow-ups | |
| 9/22/2020 | 1.0 hour(s) | Monica Mariani | Go Global Brand intro and multiple exhanges on dataroom and NDA | |
| 9/22/2020 | 1.0 hour(s) | Monica Mariani | Boston Properties intro call and exchanges | |
| 9/22/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly | |
| 9/22/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal | |
| 9/22/2020 | 1.5 hour(s) | Gaurav Gaitonde | Diligence work for Saadia and Solitaire | |
| 9/22/2020 | 0.5 hour(s) | Peter Lindae | Internal Sync Call | |
| 9/22/2020 | 0.5 hour(s) | Peter Lindae | Updates for Stretto Notice | |
| 9/23/2020 | 0.5 hour(s) | Gary Moon | Messages to Kirkland | |
| 9/23/2020 | 0.5 hour(s) | Gary Moon | Call Le Tote | BDO Weekly | |
| 9/23/2020 | 0.5 hour(s) | Monica Mariani | Prep Management for Zar Call | |
| 9/23/2020 | 1.0 hour(s) | Gaurav Gaitonde | Diligence work for Solitaire | |

| | Summary of Hours Worked - Total | | |
|---|---|---|---|
| DATE | HOURS | | DESRCIPTION |
| 9/23/2020 | 1.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation |
| 9/23/2020 | 0.5 hour(s) | Peter Lindae | Bid Side-by-side Review |
| 9/23/2020 | 0.5 hour(s) | Peter Lindae | Updates for Stretto Notice |
| 9/24/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep |
| 9/24/2020 | 1.5 hour(s) | Gary Moon | Messaging Solitaire, Taylor Stitch, Saadia |
| 9/24/2020 | 1.0 hour(s) | Gary Moon | LeTote and Lord & Taylor Standing BOD Meeting |
| 9/24/2020 | 0.5 hour(s) | Gary Moon | Internal sync call |
| 9/24/2020 | 1.5 hour(s) | Monica Mariani | Putting together additional DD requests from Taylorstich |
| 9/24/2020 | 1.5 hour(s) | Monica Mariani | Several calls (8+) with Zar through out the day |
| 9/24/2020 | 1.0 hour(s) | Monica Mariani | Call with Zar Group and Management on DD |
| 9/24/2020 | 1.0 hour(s) | Monica Mariani | BOD material preparation (chasing data, clarifying, process update, etc.) |
| 9/24/2020 | 1.0 hour(s) | Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 9/24/2020 | 0.5 hour(s) | Monica Mariani | Call with Grand Metropolitan |
| 9/24/2020 | 0.5 hour(s) | Monica Mariani | Grand Metropolitan DD requests |
| 9/24/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call |
| 9/24/2020 | 0.5 hour(s) | Monica Mariani | Intro Call with Metropolitan |
| 9/24/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal |
| 9/24/2020 | 1.0 hour(s) | Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |
| 9/24/2020 | 0.5 hour(s) | Gaurav Gaitonde | Nfluence call with Taylor Stitch |
| 9/24/2020 | 0.5 hour(s) | Peter Lindae | Internal Sync Call |
| 9/24/2020 | 2.0 hour(s) | Peter Lindae | Taylor Stitch Diligence Requests Preparation |
| 9/24/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation |
| 9/24/2020 | 0.5 hour(s) | Peter Lindae | Internal Sync Call |
| 9/24/2020 | 1.0 hour(s) | Peter Lindae | Diligence Material Requests Preparation |
| 9/24/2020 | 0.5 hour(s) | Peter Lindae | Internal Sync Call re: DD Requests |
| 9/25/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 9/25/2020 | 0.5 hour(s) | Gary Moon | Call All Hands Le Tote |
| 9/25/2020 | 0.5 hour(s) | Gary Moon | Call Legacy Internal Sync |
| 9/25/2020 | 1.0 hour(s) | Gary Moon | Call Legacy | All Hands |
| 9/25/2020 | 0.5 hour(s) | Gary Moon | Call Taylor Stitch | NP |
| 9/25/2020 | 2.0 hour(s) | Monica Mariani | Real Estate Target |
| 9/25/2020 | 0.5 hour(s) | Monica Mariani | Call with TaylorStich |
| 9/25/2020 | 2.0 hour(s) | Monica Mariani | TaylorStich follow-ups |
| 9/25/2020 | 4.0 hour(s) | Monica Mariani | Multiple Calls with Management and DD preparation (Mark Nechita on FTEs) |
| 9/25/2020 | 2.0 hour(s) | Gaurav Gaitonde | Le Tote financial model updates |
| 9/25/2020 | 0.5 hour(s) | Gaurav Gaitonde | Diligence work for Solitaire |
| 9/25/2020 | 1.0 hour(s) | Peter Lindae | Diligence Material Preparation |
| 9/25/2020 | 1.0 hour(s) | Peter Lindae | TaylorStich follow-ups |
| 9/25/2020 | 4.0 hour(s) | Peter Lindae | Multiple Calls with Management and DD preparation (Mark Nechita on FTEs) |
| 9/27/2020 | 4.0 hour(s) | Monica Mariani | Employee compensation DD request (gathering employment agreements, reading over agreements to determine comp package, severance, sign in bonus, etc.) |
| 9/27/2020 | 4.0 hour(s) | Peter Lindae | Employee compensation DD request (gathering employment agreements, reading over agreements to determine comp package, severance, sign in bonus, etc.) |
| 9/28/2020 | 1.5 hour(s) | Gary Moon | Messaging Kirkland, David Peress |
| 9/28/2020 | 1.0 hour(s) | Monica Mariani | Multiple exchanges on New York Life Real Estate on NDA |
| 9/28/2020 | 1.0 hour(s) | Monica Mariani | Call with TaylorStich and Management |
| 9/28/2020 | 2.0 hour(s) | Peter Lindae | Bid Comparisons and Process Tracking |
| 9/28/2020 | 1.0 hour(s) | Peter Lindae | Follow-up with Michael van den Berg |
| 9/28/2020 | 3.0 hour(s) | Peter Lindae | Follow-up Mark Nechita on Diligence Requests |
| 9/29/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep |
| 9/29/2020 | 0.5 hour(s) | Gary Moon | Internal sync call |
| 9/29/2020 | 1.0 hour(s) | Gary Moon | Le Tote Board Meeting |
| 9/29/2020 | 0.8 hour(s) | Gary Moon | Messaging David Peress |
| 9/29/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call |
| 9/29/2020 | 0.5 hour(s) | Monica Mariani | Prep Management for Zar Call |
| 9/29/2020 | 0.5 hour(s) | Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 9/29/2020 | 1.0 hour(s) | Gaurav Gaitonde | Le Tote Board Meeting |
| 9/29/2020 | 2.0 hour(s) | Peter Lindae | Process Tracking and BOD Update Preparation |
| 9/29/2020 | 0.5 hour(s) | Peter Lindae | Internal Sync Call |
| 9/29/2020 | 0.5 hour(s) | Peter Lindae | Call with Michael van den Berg on DD requests |
| 9/30/2020 | 0.5 hour(s) | Gary Moon | Material Review |
| 9/30/2020 | 1.0 hour(s) | Gary Moon | Call Hilco Global | NP |
| 9/30/2020 | 0.5 hour(s) | Gary Moon | Call with Solitaire and Management on DD Follow-ups |
| 9/30/2020 | 0.5 hour(s) | Gary Moon | Call REV |
| 9/30/2020 | 0.5 hour(s) | Gary Moon | Call Lord & Taylor |
| 9/30/2020 | 0.5 hour(s) | Gary Moon | Call Le Tote | BDO Weekly |
| 9/30/2020 | 1.0 hour(s) | Gary Moon | Messaging Recircled, David Peress |
| 9/30/2020 | 0.5 hour(s) | Monica Mariani | Call with Zar Group and Management on DD |
| 9/30/2020 | 0.5 hour(s) | Monica Mariani | Call with Solitaire and Management on DD Follow-ups |
| 9/30/2020 | 1.5 hour(s) | Monica Mariani | Several calls (5+) with Zar through out the day |

| Summary of Hours Worked - Total | | | |
| --- | --- | --- | --- |
| **DATE** | **HOURS** | | **DESRCIPTION** |
| 9/30/2020 | 0.5  hour(s) | Gaurav Gaitonde | Call with L&T Management and Solitaire |