| | |
|---|---|
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:        (212) 446-4800<br>Facsimile:         (212) 446-4900<br><br>-and-<br><br>David L. Eaton (admitted *pro hac vice*)<br>Jaimie Fedell (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle  Street<br>Chicago, Illinois  60654<br>Telephone:        (312) 862-2000<br>Facsimile:         (312) 862-2200 | Michael A. Condyles (VA 27807)<br>Peter J. Barrett (VA 46179)<br>Jeremy S. Williams (VA 77469)<br>Brian H. Richardson (VA 92477)<br>**KUTAK ROCK LLP**<br>901 East Byrd Street, Suite 1000<br>Richmond, Virginia 23219-4071<br>Telephone:        (804) 644-1700<br>Facsimile:         (804) 783-6192 |

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LE TOTE, INC., *et al.*,[1] | ) | Case No. 20-33332 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRD MONTHLY FEE
APPLICATION OF NFLUENCE PARTNERS
AS INVESTMENT BANKER FOR THE DEBTORS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM OCTOBER 1, 2020 TO AND INCLUDING OCTOBER 31, 2020**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/letote/.  The location of the Debtors' service address is 250 Vesey Street, 22nd Floor, New York, New York 10281.

                                Document      Page 2 of 12

| | |
|---|---|
| **Name of Applicant:** | HMAdviseCo, LLC d/b/a Nfluence Partners ("<u>Nfluence</u>") |
| Authorized to provide professional services to: | Le Tote, Inc., *et al.* Debtors and Debtors in Possession |
| Date of retention: | Order entered on October 22, 2020, retention as of August 2, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2020, through October 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $25,000.00 |
| Amount of compensation requested immediately | $0.00[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Type of fee statement or application: | Monthly Fee Statement[3] |

---

[2] Pursuant to the Retention Order (as defined herein), the Debtors are authorized to pay the $25,000 Monthly Fee to Nfluence each month when requested under the Engagement Letters (as defined herein) without a prior fee application

[3] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order. Accordingly, the Debtors' payment of such Monthly Fees is not reflected in this Monthly Fee Statement (as defined below).

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Rules"), the *Order (I) Authorizing the Retention and Employment of Nfluence Partners as Investment Banker for the Debtors and Debtors in Possession Effective as of August 2, 2020, (II) Modifying Certain Time-Keeping Requirements, and (III) Granting Related Relief* [Docket No. 474] (the "Retention Order"),[4] the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, entered September 21, 2020 [Docket No. 189] (the "Interim Compensation Order"), Nfluence, investment banker for the Debtor, hereby files this monthly fee statement (this "Monthly Fee Statement") for interim allowance and payment of compensation for professional services rendered and reimbursement of expenses incurred for the period from September 1, 2020 to and including September 30, 2020 (the "Fee Period") in the aggregate amount of $25,000.00, comprised of: (i) $25,000.00 earned by Nfluence for its professional services to the Debtors during the Fee Period, plus (ii) $0.00 of actual and necessary expenses that Nfluence incurred during the Fee Period in connection with such services.

**Itemization of Services Provided and Expenses Incurred**

1. In support this Monthly Fee Statement, attached are the following exhibits:

    • **Exhibit A** is a detailed schedule of the number of hours expended by each Nfluence

---

[4] The Retention Order approved the terms of that certain engagement letter certain engagement letter between Nfluence, BA Securities, LLC ("BA"), and Le Tote Inc., dated as of May 8, 2020 (the "Le Tote Engagement Letter"), that certain engagement letter between Nfluence, BA, and Le Tote, dated as of June 16, 2020 (the "Lord and Taylor Engagement Letter"), and that certain Amendment to Engagement Agreement, amending the Lord & Taylor Engagement Letter, dated as of September 14, 2020 (the "Lord & Taylor Amendment," and together with the Le Tote Engagement Letter and the Lord & Taylor Engagement Letter, the "Engagement Letters"), copies of which are attached as Exhibit 1, Exhibit 2, and Exhibit 3 to Exhibit A, respectively, of the Application. All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Order.

3

professional who rendered services on behalf of the Debtors during the Fee Period.

- **Exhibit B** is a summary of fees and expenses incurred by Nfluence during this Fee Period in the rendition of the professional services to the Debtors and their estates for which reimbursement is sought pursuant to this Monthly Fee Statement.

### Representations

2. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Nfluence reserves the right to make further application to the Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Rules, and the Interim Compensation Order.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, Nfluence requests interim allowance and payment of its fees earned and expenses incurred during the Fee Period in the total amount of $25,000.00, consisting of (i) $25,00.00 earned by Nfluence for its professional services to the Debtors during the Fee Period, plus (ii) $0.00 of actual and necessary expenses that Nfluence incurred during the Fee Period in connection with such services, and that such fees and expense be paid as administrative expenses of the Debtors' estates.

Dated: November 30, 2020    **NFLUENCE Partners**

*/s/ Gary Moon*
Gary Moon
Managing Partner
Nfluence Partners

**Exhibit A**

**Summary of Hours by Professional**

| Summary of Hours | | | | |
|---|---|---|---|---|
| Month | Gary Moon | Monica Mariani | Gaurav Giatonde | Peter Lindae |
| 10/1/2020 | 6.0 | 6.5 | 5.5 | 4.5 |
| 10/2/2020 | 2.0 | 1.5 | 0.0 | 3.0 |
| 10/3/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 10/4/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 10/5/2020 | 4.5 | 4.0 | 0.5 | 1.5 |
| 10/6/2020 | 3.8 | 1.5 | 4.5 | 2.0 |
| 10/7/2020 | 4.0 | 4.5 | 1.0 | 2.0 |
| 10/8/2020 | 4.5 | 3.0 | 3.0 | 2.5 |
| 10/9/2020 | 2.5 | 0.5 | 1.5 | 3.0 |
| 10/10/2020 | 1.5 | 0.5 | 0.5 | 4.0 |
| 10/11/2020 | 0.5 | 6.0 | 1.0 | 3.0 |
| 10/12/2020 | 7.0 | 6.5 | 4.0 | 5.0 |
| 10/13/2020 | 4.0 | 1.0 | 0.5 | 3.0 |
| 10/14/2020 | 4.5 | 0.5 | 1.0 | 3.0 |
| 10/15/2020 | 14.0 | 14.0 | 14.0 | 1.5 |
| 10/16/2020 | 2.0 | 0.5 | 0.5 | 0.5 |
| 10/17/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 10/18/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 10/19/2020 | 1.0 | 0.0 | 1.5 | 1.0 |
| 10/20/2020 | 2.0 | 0.5 | 1.0 | 0.5 |
| 10/21/2020 | 3.5 | 0.5 | 1.0 | 0.5 |
| 10/22/2020 | 0.0 | 0.5 | 0.0 | 0.5 |
| 10/23/2020 | 0.0 | 0.5 | 0.0 | 0.0 |
| 10/24/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 10/25/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 10/26/2020 | 1.0 | 0.0 | 0.5 | 0.0 |
| 10/27/2020 | 4.5 | 0.5 | 1.5 | 0.5 |
| 10/28/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 10/29/2020 | 3.5 | 0.0 | 0.5 | 0.0 |
| 10/30/2020 | 0.5 | 0.0 | 0.0 | 0.0 |
| 10/31/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **76.8** | **53.0** | **43.5** | **41.5** |

**<u>Exhibit B</u>**

**Summary of Actual and Necessary Expenses**

| Summary of Hours Worked - Total | | |
|---|---|---|
| **DATE** | **HOURS** | **DESRCIPTION** |
| 10/1/2020 | 1.0 hour(s) Gary Moon | Meeting Prep |
| 10/1/2020 | 0.5 hour(s) Gary Moon | Internal sync call |
| 10/1/2020 | 0.5 hour(s) Gary Moon | Legacy Internal Sync |
| 10/1/2020 | 1.0 hour(s) Gary Moon | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/1/2020 | 0.5 hour(s) Gary Moon | Call Solitaire Partners |
| 10/1/2020 | 1.5 hour(s) Gary Moon | Messages to Solitarie Partners, Hilco Global, Kirkland, client, Vin Lee |
| 10/1/2020 | 1.0 hour(s) Gary Moon | Call David Peress |
| 10/1/2020 | 0.5 hour(s) Monica Mariani | Internal sync call |
| 10/1/2020 | 1.0 hour(s) Monica Mariani | Call with Solitaire and Management on DD Follow-ups |
| 10/1/2020 | 1.0 hour(s) Monica Mariani | BOD material preparation (chasing data, clarifying, process update, etc.) |
| 10/1/2020 | 1.0 hour(s) Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/1/2020 | 1.0 hour(s) Monica Mariani | Several Calls with Zar |
| 10/1/2020 | 0.5 hour(s) Monica Mariani | Prep Management for Zar Call and follow-ups |
| 10/1/2020 | 1.5 hour(s) Monica Mariani | Zar follow-ups |
| 10/1/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 10/1/2020 | 1.0 hour(s) Gaurav Gaitonde | Nfluence and Le Tote financial model discussion |
| 10/1/2020 | 2.0 hour(s) Gaurav Gaitonde | Le Tote financial model updates |
| 10/1/2020 | 1.0 hour(s) Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/1/2020 | 1.0 hour(s) Gaurav Gaitonde | Calls and diligence work with Solitaire |
| 10/1/2020 | 2.0 hour(s) Peter Lindae | Bid Tracking and Process Update Preparation |
| 10/1/2020 | 0.5 hour(s) Peter Lindae | Legacy Process Internal Sync |
| 10/1/2020 | 0.5 hour(s) Peter Lindae | Internal Sync Call |
| 10/1/2020 | 1.0 hour(s) Peter Lindae | Preparation of DD responses to Grand Metropolitan |
| 10/1/2020 | 0.5 hour(s) Peter Lindae | Preparation of DD responses to Zar Group |
| 10/2/2020 | 0.5 hour(s) Gary Moon | Call with Zar Group and Management on DD |
| 10/2/2020 | 1.5 hour(s) Gary Moon | Messages to Client, Kirkland, Zar Group, Vin Lee |
| 10/2/2020 | 0.5 hour(s) Monica Mariani | Call with Zar Group and Management on DD |
| 10/2/2020 | 1.0 hour(s) Monica Mariani | Several Calls with Zar |
| 10/2/2020 | 1.0 hour(s) Peter Lindae | Diligence Request Material Preparation |
| 10/2/2020 | 2.0 hour(s) Peter Lindae | Process Tracking Management |
| 10/5/2020 | 1.0 hour(s) Gary Moon | Meeting Prep |
| 10/5/2020 | 1.5 hour(s) Gary Moon | Messages to Kirkland, BDO, Taylor Stitch, client |
| 10/5/2020 | 0.5 hour(s) Gary Moon | Call with Zar Group General Transaction Matters |
| 10/5/2020 | 0.5 hour(s) Gary Moon | Call with TaylorStich General Transaction Matters |
| 10/5/2020 | 1.0 hour(s) Gary Moon | Messages to Zar Group, Kirkland, |
| 10/5/2020 | 0.5 hour(s) Monica Mariani | Call with Zar Group General Transaction Matters |
| 10/5/2020 | 0.5 hour(s) Monica Mariani | Call with TaylorStich General Transaction Matters |
| 10/5/2020 | 2.0 hour(s) Monica Mariani | Several Calls with Zar |
| 10/5/2020 | 1.0 hour(s) Monica Mariani | BOD material preparation (chasing data, clarifying, process update, etc.) |
| 10/5/2020 | 0.5 hour(s) Gaurav Gaitonde | Call with Mason |
| 10/5/2020 | 1.5 hour(s) Peter Lindae | Bid / Process Tracking Update |
| 10/6/2020 | 0.8 hour(s) Gary Moon | Meeting Prep |
| 10/6/2020 | 1.0 hour(s) Gary Moon | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/6/2020 | 0.5 hour(s) Gary Moon | Internal sync call |
| 10/6/2020 | 1.5 hour(s) Gary Moon | Messages to Zar Group, Kirkland, Harry and Rajeev, Solitaire, Taylor Stitch |
| 10/6/2020 | 1.0 hour(s) Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/6/2020 | 0.5 hour(s) Monica Mariani | Internal sync call |
| 10/6/2020 | 1.0 hour(s) Gaurav Gaitonde | Le Tote Board Meeting |
| 10/6/2020 | 0.5 hour(s) Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 10/6/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 10/6/2020 | 2.0 hour(s) Gaurav Gaitonde | Call and diligence work for Solitaire |
| 10/6/2020 | 0.5 hour(s) Gaurav Gaitonde | Diligence work for Mason |
| 10/6/2020 | 0.5 hour(s) Peter Lindae | Internal Sync Call |
| 10/6/2020 | 1.5 hour(s) Peter Lindae | Bid / Process Tracking and Bid Update Preparation |
| 10/7/2020 | 1.0 hour(s) Gary Moon | Material Review |
| 10/7/2020 | 0.5 hour(s) Gary Moon | Call with TaylorStich and Management DD Follow-ups |
| 10/7/2020 | 0.5 hour(s) Gary Moon | Call with Solitarie Partners |
| 10/7/2020 | 0.5 hour(s) Gary Moon | Call Le Tote | BDO Weekly |
| 10/7/2020 | 1.5 hour(s) Gary Moon | Messages to Hilco Global, Vin Lee, Solitaire, Taylor Stitch, client. Kirkland |
| 10/7/2020 | 0.5 hour(s) Monica Mariani | Call with TaylorStich and Management DD Follow-ups |
| 10/7/2020 | 2.0 hour(s) Monica Mariani | TaylorStich follow-ups |
| 10/7/2020 | 1.0 hour(s) Monica Mariani | Several Calls with Zar |
| 10/7/2020 | 1.0 hour(s) Monica Mariani | Call to Prep Management on Call and put together DD materials |
| 10/7/2020 | 0.5 hour(s) Gaurav Gaitonde | Call with Solitaire |
| 10/7/2020 | 0.5 hour(s) Gaurav Gaitonde | Messaging with Taylor Stitch, Solitaire |
| 10/7/2020 | 2.0 hour(s) Peter Lindae | Saadia / Solitaire Side-by-Side Review Preparation |
| 10/8/2020 | 1.0 hour(s) Gary Moon | Meeting Prep |
| 10/8/2020 | 0.5 hour(s) Gary Moon | Call with Hilco Global |
| 10/8/2020 | 0.5 hour(s) Gary Moon | Internal sync call |

| \ | Summary of Hours Worked - Total | | |
|---|---|---|---|
| DATE | HOURS | | DESRCIPTION |
| 10/8/2020 | 1.0 hour(s) | Gary Moon | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/8/2020 | 1.5 hour(s) | Gary Moon | Messages to Kirkland, Client, Harry & Rajeev, Solitaire, Saadia |
| 10/8/2020 | 0.5 hour(s) | Monica Mariani | Call with Zar Group and Management on DD |
| 10/8/2020 | 0.5 hour(s) | Monica Mariani | Internal sync call |
| 10/8/2020 | 1.0 hour(s) | Monica Mariani | BOD material preparation (chasing data, clarifying, process update, etc.) |
| 10/8/2020 | 1.0 hour(s) | Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/8/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal Nfluence sync on deal |
| 10/8/2020 | 1.0 hour(s) | Gaurav Gaitonde | Bid procedures summary for AK Growth and others |
| 10/8/2020 | 1.0 hour(s) | Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/8/2020 | 0.5 hour(s) | Gaurav Gaitonde | Diligence work for Hilco |
| 10/8/2020 | 1.5 hour(s) | Peter Lindae | Bid / Process Tracking and Bid Update Preparation |
| 10/8/2020 | 0.5 hour(s) | Peter Lindae | Intenal Sync Call |
| 10/8/2020 | 0.5 hour(s) | Peter Lindae | Auction Attendee List Preparation |
| 10/9/2020 | 0.5 hour(s) | Gary Moon | Call with Lawyers and Management on Auction Procedures |
| 10/9/2020 | 1.5 hour(s) | Gary Moon | Messages to Kirkland, Solitaire, Rajeev and Harry, Vin Lee, Client |
| 10/9/2020 | 0.5 hour(s) | Gary Moon | Call with LT |
| 10/9/2020 | 0.5 hour(s) | Monica Mariani | Call with Lawyers and Management on Auction Procedures |
| 10/9/2020 | 0.5 hour(s) | Gaurav Gaitonde | Internal call on Auction Procedures |
| 10/9/2020 | 0.5 hour(s) | Gaurav Gaitonde | Messaging with AK Growth, Icarus, Q Partners |
| 10/9/2020 | 0.5 hour(s) | Gaurav Gaitonde | Dilgence work for Solitaire |
| 10/9/2020 | 1.0 hour(s) | Peter Lindae | Diligence Requests for Grand Metropolitan |
| 10/9/2020 | 2.0 hour(s) | Peter Lindae | Prospective Bidder Tracking and Comparison Preparataion |
| 10/10/2020 | 1.5 hour(s) | Gary Moon | Messages to Solitaire, Hilco Global, Kirkland, Client, Vin Lee, Rajeev and Harry |
| 10/10/2020 | 0.5 hour(s) | Monica Mariani | Call with Branded on DD walk-through |
| 10/10/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Branded Online |
| 10/10/2020 | 1.5 hour(s) | Peter Lindae | Bidder Comparison Tracking and Process Updates |
| 10/10/2020 | 0.5 hour(s) | Peter Lindae | Internal call to Discuss General Transaction Matters |
| 10/10/2020 | 2.0 hour(s) | Peter Lindae | SPAC Market Intelligence Requests |
| 10/11/2020 | 0.5 hour(s) | Gary Moon | Messages to Bob Duffy |
| 10/11/2020 | 1.0 hour(s) | Monica Mariani | Call with Branded on DD |
| 10/11/2020 | 3.0 hour(s) | Monica Mariani | Gathering additional DD materials for Branded |
| 10/11/2020 | 0.5 hour(s) | Monica Mariani | Call with various members of Management to get materials on Branded DD follow-ups |
| 10/11/2020 | 0.5 hour(s) | Monica Mariani | Intro Call with Blumberg |
| 10/11/2020 | 1.0 hour(s) | Monica Mariani | Blumberg/Icarus follow-ups |
| 10/11/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Icarus Capital |
| 10/11/2020 | 0.5 hour(s) | Gaurav Gaitonde | Diligence work for Taylor Stitch |
| 10/11/2020 | 1.0 hour(s) | Peter Lindae | Blumberg/Icarus follow-ups |
| 10/11/2020 | 1.5 hour(s) | Peter Lindae | Bidder Comparison Tracking and Process Updates |
| 10/11/2020 | 0.5 hour(s) | Peter Lindae | Updates for Stretto Notice |
| 10/12/2020 | 1.0 hour(s) | Gary Moon | Meeting Prep |
| 10/12/2020 | 1.0 hour(s) | Gary Moon | Call Le Tote - Prospective Bidders- and Auction |
| 10/12/2020 | 0.5 hour(s) | Gary Moon | Call with AK Growth on Auction Procedures |
| 10/12/2020 | 0.5 hour(s) | Gary Moon | Call with AK Growth on Saadia Procedures |
| 10/12/2020 | 0.5 hour(s) | Gary Moon | Call with AK Growth on Solitaire Procedures |
| 10/12/2020 | 0.5 hour(s) | Gary Moon | Call with AK Growth on TaylorStich Procedures |
| 10/12/2020 | 0.5 hour(s) | Gary Moon | Call with AK Growth on Branded Procedures |
| 10/12/2020 | 0.5 hour(s) | Gary Moon | Call with AK Growth on Icarus Procedures |
| 10/12/2020 | 0.5 hour(s) | Gary Moon | Call with AK Growth on Hilco Procedures |
| 10/12/2020 | 1.5 hour(s) | Gary Moon | Messages to Solitaire, Hilco Global, Kirkland, Client, Vin Lee, Rajeev and Harry, Branded Online, saadia |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Call with Lawyers and Management on Auction Procedures |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Call with AK Growth on Auction Procedures |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Call with Saadia on Auction Procedures |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Call with  Solitaire on Auction Procedures |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Call with TaylorStich on Auction Procedures |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Gather additional DD for TaylorStich |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Call with  Branded Auction Procedures |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Call with  Icarus  Auction Procedures |
| 10/12/2020 | 0.5 hour(s) | Monica Mariani | Call with  Hilco  Auction Procedures |
| 10/12/2020 | 1.0 hour(s) | Monica Mariani | Multiple exchanges/interactions scheduling all the above calls |
| 10/12/2020 | 1.0 hour(s) | Monica Mariani | Several Calls with Zar |
| 10/12/2020 | 1.0 hour(s) | Gaurav Gaitonde | Internal call to discuss auction |
| 10/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with AK Growth |
| 10/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Solitaire |
| 10/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Taylor Stitch |
| 10/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Branded Online |
| 10/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Icarus Capital |
| 10/12/2020 | 0.5 hour(s) | Gaurav Gaitonde | Call with Hilco Global |
| 10/12/2020 | 1.0 hour(s) | Peter Lindae | Diligence Request Material Preparation |

| Summary of Hours Worked - Total | | |
|---|---|---|
| **DATE** | **HOURS** | **DESRCIPTION** |
| 10/12/2020 | 1.0 hour(s) Peter Lindae | Call with Lawyers and Management on Auction Procedures |
| 10/12/2020 | 1.5 hour(s) Peter Lindae | Internal Auction Preparation |
| 10/12/2020 | 1.5 hour(s) Peter Lindae | Bid / Process Tracking and Bid Update Preparation |
| 10/13/2020 | 1.0 hour(s) Gary Moon | Material Review |
| 10/13/2020 | 0.5 hour(s) Gary Moon | Le Tote Deposits |
| 10/13/2020 | 0.5 hour(s) Gary Moon | Internal sync call |
| 10/13/2020 | 0.5 hour(s) Gary Moon | Call Le Tote | Solitaire |
| 10/13/2020 | 1.5 hour(s) Gary Moon | Messages to Kirkland, Bob Duffy, Hilco global, Harry & Rajeev |
| 10/13/2020 | 0.5 hour(s) Monica Mariani | Call with Zar on General Transaction Matters |
| 10/13/2020 | 0.5 hour(s) Monica Mariani | Internal sync call |
| 10/13/2020 | 0.5 hour(s) Gaurav Gaitonde | Le Tote/WF/Carlyle - Weekly |
| 10/13/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |
| 10/13/2020 | 2.0 hour(s) Peter Lindae | Bid / Process Tracking and Bid Update Preparation |
| 10/13/2020 | 0.5 hour(s) Peter Lindae | Auction Attendee List Preparation |
| 10/14/2020 | 1.0 hour(s) Gary Moon | Material Review |
| 10/14/2020 | 0.5 hour(s) Gary Moon | Call L&T/Icarus |
| 10/14/2020 | 0.5 hour(s) Gary Moon | Call Le Tote Deposits |
| 10/14/2020 | 0.5 hour(s) Gary Moon | Call Le Tote |
| 10/14/2020 | 0.5 hour(s) Gary Moon | Call LT Nfluence Retention |
| 10/14/2020 | 1.5 hour(s) Gary Moon | Messages to Client, Hilco Global, Kirkland, BDO, Solitaire |
| 10/14/2020 | 0.5 hour(s) Monica Mariani | Call with Lawyers and Management on Auction Procedures |
| 10/14/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal call on deposits |
| 10/14/2020 | 0.5 hour(s) Gaurav Gaitonde | Call with Icarus Capital |
| 10/14/2020 | 3.0 hour(s) Peter Lindae | Bid Comparisons and Process Tracking Update |
| 10/15/2020 | 14.0 hour(s) Gary Moon | Auction |
| 10/15/2020 | 14.0 hour(s) Monica Mariani | Auction |
| 10/15/2020 | 14.0 hour(s) Gaurav Gaitonde | Auction |
| 10/15/2020 | 1.5 hour(s) Peter Lindae | Internal Auction Materials Preparation |
| 10/16/2020 | 1.0 hour(s) Gary Moon | Meeting Prep |
| 10/16/2020 | 0.5 hour(s) Gary Moon | Le Tote Board Meeting |
| 10/16/2020 | 0.5 hour(s) Gary Moon | Messages to Solitaire |
| 10/16/2020 | 0.5 hour(s) Monica Mariani | LeTote and Lord & Taylor Standing BOD Meeting |
| 10/16/2020 | 0.5 hour(s) Gaurav Gaitonde | Le Tote Board Meeting |
| 10/16/2020 | 0.5 hour(s) Peter Lindae | Post-Auction Review |
| 10/19/2020 | 1.0 hour(s) Gary Moon | Messages to Kirkland, Vin Lee |
| 10/19/2020 | 0.5 hour(s) Gaurav Gaitonde | Call with Mason |
| 10/19/2020 | 1.0 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 10/19/2020 | 1.0 hour(s) Peter Lindae | Process Milestone to KE |
| 10/20/2020 | 1.0 hour(s) Gary Moon | Material Review |
| 10/20/2020 | 0.5 hour(s) Gary Moon | Call Internal Sync |
| 10/20/2020 | 0.5 hour(s) Gary Moon | Messages to Kirkland |
| 10/20/2020 | 0.5 hour(s) Monica Mariani | Call Internal Sync |
| 10/20/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 10/20/2020 | 0.5 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 10/20/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |
| 10/21/2020 | 0.5 hour(s) Gary Moon | Call Internal Sync |
| 10/21/2020 | 1.0 hour(s) Gary Moon | Meeting Prep |
| 10/21/2020 | 1.0 hour(s) Gary Moon | Le Tote Board Call |
| 10/21/2020 | 0.5 hour(s) Gary Moon | Messages to BDO |
| 10/21/2020 | 0.5 hour(s) Gary Moon | Call with Ed |
| 10/21/2020 | 0.5 hour(s) Monica Mariani | Call Internal Sync |
| 10/21/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 10/21/2020 | 0.5 hour(s) Gaurav Gaitonde | Le Tote Board Meeting |
| 10/21/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |
| 10/22/2020 | 0.5 hour(s) Monica Mariani | Internal sync call |
| 10/22/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |
| 10/23/2020 | 0.5 hour(s) Monica Mariani | Call with Ed |
| 10/26/2020 | 0.5 hour(s) Gary Moon | Call Le Tote |
| 10/26/2020 | 0.5 hour(s) Gary Moon | Messages to Saadia |
| 10/26/2020 | 0.5 hour(s) Gaurav Gaitonde | Call with Le Tote Management |
| 10/27/2020 | 1.0 hour(s) Gary Moon | Material Review |
| 10/27/2020 | 0.5 hour(s) Gary Moon | Le Tote/WF/Carlyle - Weekly |
| 10/27/2020 | 2.0 hour(s) Gary Moon | Creating Timesheet for September/October |
| 10/27/2020 | 0.5 hour(s) Gary Moon | Messages to Zar |
| 10/27/2020 | 0.5 hour(s) Gary Moon | Call Internal Sync |
| 10/27/2020 | 0.5 hour(s) Monica Mariani | Call Internal Sync |
| 10/27/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 10/27/2020 | 1.0 hour(s) Gaurav Gaitonde | Call with Le Tote Management and Saadia |
| 10/27/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |

| Summary of Hours Worked - Total | | |
|---|---|---|
| DATE | HOURS | DESRCIPTION |
| 10/29/2020 | 1.0 hour(s) Gary Moon | Material Review |
| 10/29/2020 | 0.5 hour(s) Gary Moon | Messages to Kirkland |
| 10/29/2020 | 1.5 hour(s) Gary Moon | Editing timesheet with phone calls |
| 10/29/2020 | 0.5 hour(s) Gary Moon | Call Internal Sync |
| 10/29/2020 | 0.5 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 10/30/2020 | 0.5 hour(s) Gary Moon | Messages to Client |