Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:         (212) 446-4900

-and-

David L. Eaton (admitted *pro hac vice*)
Jaimie Fedell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:        (312) 862-2000
Facsimile:         (312) 862-2200

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
Brian H. Richardson (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:        (804) 644-1700
Facsimile:         (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LE TOTE, INC., *et al.*,[1] | ) Case No. 20-33332 (KLP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SUMMARY OF SECOND INTERIM FEE
APPLICATION OF NFLUENCE PARTNERS AS INVESTMENT
BANKER FOR THE DEBTORS FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2020**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/letote/.  The location of the Debtors' service address is 250 Vesey Street, 22nd Floor, New York, New York 10281.

| | |
|---|---|
| **Name of Applicant:** | HMAdviseCo, LLC d/b/a Nfluence Partners ("Nfluence") |
| Authorized to provide professional services to: | Le Tote, Inc., *et al.* Debtors and Debtors in Possession |
| Date of retention: | Order entered on October 22, 2020, retention as of August 2, 2020 |
| Period for which compensation and reimbursement is sought: | November 1, 2020, through January 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $775,000.00 |
| Amount of compensation requested immediately | $150,000.00[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Type of fee statement or application: | Interim Fee Statement[3] |

---

[2] Pursuant to the Retention Order (as defined herein), the Debtors are authorized to pay the $25,000 Monthly Fee to Nfluence each month when requested under the Engagement Letters (as defined herein) without a prior fee application.

[3] Nfluence waived the Monthly Fee Statement for December 2020 and January 2021.

2

KE 73796303

# FIRST INTERIM FEE APPLICATION OF NFLUENCE PARTNERS AS INVESTMENT BANKER FOR THE DEBTORS

## PRIOR FEE STATEMENTS

### November 1, 2020 —January 31, 2021

| Application | Requested | | Paid[4] | | Outstanding | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| Fourth Monthly Fee Statement [Docket No. 732] 11/1/2020—11/30/2020 | $775,000.00 | $0.00 | $625,000.00 | $0.00 | $150,000.00 | $0.00 |

---

[4] Pursuant to the Retention Order (as defined herein), the Debtors are authorized to pay the $25,000 Monthly Fee to Nfluence each month when requested under the Engagement Letters (as defined herein) without a prior fee application

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LE TOTE, INC., *et al.*,[1] | ) | Case No. 20-33332 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND INTERIM FEE
APPLICATION OF NFLUENCE PARTNERS AS INVESTMENT
BANKER FOR THE DEBTORS FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2020**

HMAdviseCo, LLC d/b/a Nfluence Partners ("Nfluence"), the investment banker for the above captioned debtors and debtors in possession (collectively, the "Debtors"), request entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order") granting this second interim fee application (this "Interim Fee Application"), pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated September 21, 2020 [Docket No. 189] (the "Interim Compensation Order"), (a) granting interim allowance of compensation for professional services to the Debtors during the period from November 1, 2020,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/letote/. The location of the Debtors' service address is 250 Vesey Street, 22nd Floor, New York, New York 10281.

KE 73796303

through and including January 31, 2021 (the "Interim Compensation Period") in the amount of $775,000.00, (b) granting interim allowance of Nfluence's expenses incurred during the Interim Compensation Period in connection with such services in the amount of $0.00, and (c) directing payment of all such allowed compensation and expenses, less any amounts previously paid for such compensation and expenses. In support of this Interim Fee Application, Nfluence respectfully states as follows.

## Jurisdiction and Venue

1. The United States Bankruptcy Court for the Eastern District of Virginia (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated July 13, 1984.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are section 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 and the Interim Compensation Order.

## Background

4. On August 2, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 3, 2020, the Court entered an order [Docket No. 72] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b). On August 12, 2020, the United States Trustee for the Eastern District of Virginia (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 117].

2

KE 73796303

5.	A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of Ed Kremer, Chief Restructuring Officer, of Le Tote, Inc., in Support of Chapter 11 Petitions and First Day Motions*, filed on the Petition Date [Docket No. 15], incorporated herein by reference.

### Relief Requested

6.	By this Interim Fee Application, Nfluence requests entry of the Proposed Order, substantially in the form attached hereto as Exhibit A, (a) granting interim allowance of compensation for professional services to the Debtors during the Interim Compensation Period in the amount of $775,000.00, (b) granting interim allowance of Nfluence's expenses incurred during the Interim Compensation Period in connection with such services in the amount of $0.00, and (c) directing payment of all such allowed compensation and expenses, less any amounts previously paid for such compensation and expenses.

7.	Nfluence's fees earned during the Interim Compensation includes one monthly fee (each, a "Monthly Fee") in the amount of $25,000.000 for the month of November 2020, as well as a success fee of $750,000.00 (the "Success Fee"), for a total of $775,000.00 in fees. All services for which compensation is requested by Nfluence were performed during the Interim Compensation Period on behalf of the Debtors.

8.	Following a high successful auction, during the Interim Compensation Period, the Debtors' selected Saadia Group, LLC's ("Saadia") $12 million bid for the Debtors' e-commerce and intellectual property assets. On October 22, 2020, the Court entered an order authorizing the sale of the assets and the sale closed on November 23, 2020. Pursuant to the Engagement Letters, upon the closing of joint Le Tote/Lord & Taylor sale transaction (greater than $10 million and less than $20 million), Nfluence shall be entitled to a Success Fee equal to $750,000.00.

3

9. In connection with the closing of the sale, Nfluence performed significant services on behalf of the Debtors, including but not limited to, the following:

- Assisting the Debtors in connection with efforts involving the closing of the sale of assets, including, without limitation, assisting with (i) material document review, and (ii) the preparation of diligence materials for Saadia

- Telephone conferences, correspondences, and other communications with the internal Nfluence team, the Debtors and their advisors, Saadia, and other constituents throughout the case regarding various matters pertaining to the Debtors' chapter 11 cases; review of the Debtors' filings and any news items pertaining thereto.

10. Although Nfluence, in line with market convention, does not bill by the hour, Nfluence has kept track of its post-petition time in one-half hour increments in accordance with the Retention Order. Such time records are attached hereto as <u>Exhibit B</u>. During the Interim Compensation Period, Nfluence professionals spent approximately 85.1 hours providing investment banking services to the Debtors.

11. The fees charged by Nfluence have been billed in accordance with Engagement Letters and the Retention Order and are comparable to those fees charged by Nfluence for professional services rendered in connection with similar non-bankruptcy matters. Nfluence submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive investment banking market.

12. Nfluence did not incur any actual or necessary expenses during the Interim Compensation Period in connection with its services to the Debtors

[*Remainder of page intentionally left blank*]

KE 73796303

WHEREFORE, Nfluence requests entry of the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, (a) granting interim allowance of compensation for professional services to the Debtors during the Interim Compensation Period in the amount of $775,000.00, (b) granting interim allowance of Nfluence's expenses incurred during the Interim Compensation Period in connection with such services in the amount of $0.00, and (c) directing payment of all such allowed compensation and expenses, less any amounts previously paid for such compensation and expenses.

Dated: February 3, 2021                                **NFLUENCE Partners**

*/s/ Gary Moon*
Gary Moon
Managing Partner
Nfluence Partners

## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LE TOTE, INC., *et al.*,[1] | ) ) ) | Case No. 20-33332 (KLP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER GRANTING SECOND INTERIM FEE
APPLICATION OF NFLUENCE PARTNERS AS INVESTMENT
BANKER FOR THE DEBTORS FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2021**

Upon the application (the "Interim Fee Application")[2] of HMAdviseCo, LLC d/b/a Nfluence Partners ("Nfluence"), the investment banker for the above captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), pursuant to sections 328, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and the Interim Compensation Order, for allowance of interim compensation for professional services rendered by Nfluence during the period from November 1, 2020 through and including January 31, 2021 (the "Interim Compensation Period") in the amount of $775,000.00 and reimbursement of expenses incurred during such period in connection with such services in the amount of $0.00; and this Court having determined that the legal and factual bases set forth in the Interim Fee Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/letote/. The location of the Debtors' service address is 250 Vesey Street, 22nd Floor, New York, New York 10281.

[2]  Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Fee Application.

KE 73796303

**IT IS HEREBY ORDERED THAT:**

1. The Interim Fee Application is GRANTED as set forth herein.

2. Nfluence allowed compensation for professional services rendered during the Interim Compensation Period in the amount of $775,000.00.

3. Nfluence is allowed reimbursement of expenses incurred during the Interim Compensation Period in connection with its services to the Debtors in the amount of $0.00.

4. The Debtors are authorized and directed to pay Nfluence all fees and expenses allowed pursuant to this Order, less any amounts previously paid for such fees and expenses.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Interim Fee Application.

6. To the extent that no further compensation is required, the Interim Fee Application shall be deemed a final fee application.

Dated: _____  
Richmond, Virginia

_____  
United States Bankruptcy Judge

KE 73796303

WE ASK FOR THIS:

*/s/ Jeremy S. Williams*
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
Brian H. Richardson (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:         (804) 644-1700
Facsimile:         (804) 783-6192

- and -

Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:         (212) 446-4800
Facsimile:         (212) 446-4900

- and -

David L. Eaton (admitted *pro hac vice*)
Jaimie Fedell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North La Salle Street
Chicago, Illinois 60654
Telephone:         (212) 446-4800
Facsimile:         (212) 446-4900

*Co-Counsel to the Debtors and Debtors in Possession*

**CERTIFICATION OF ENDORSEMENT**
**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/Jeremy S. Williams*

KE 73796303

## Exhibit B

**Necessary Fees and Expenses**

KE 73796303

HM Advise Co, LLC  
160 Spear Street  
Suite 1230  
San Francisco, CA 94105  
650-515-8734

# INVOICE



| | |
|---|---|
| **Invoice #** | 1212 |
| **Invoice Date** | 11/23/20 |
| **Amount Due:** | $750,000.00 |

Le Tote, Inc.  
250 Vesey Street, 22nd Floor  
New York, NY 10281  
United States

| Due Date | Terms |
|---|---|
| 11/23/20 | Due upon receipt |

| Item | Description | Price | Amount |
|---|---|---|---|
| Success Fee | Success Fee per Engagement Letter 9-14-20 | $750,000.00 | $750,000.00 |

| | |
|---|---|
| Total: | $750,000.00 |
| Payments: | $0.00 |
| Amount Due: | $750,000.00 |

Payment Instructions.  All payments for Nfluence Partners should be directed to BA Securities.



HM Advise Co, LLC
160 Spear Street
Suite 1230
San Francisco, CA 94105
650-515-8734

**INVOICE** 

| | |
|---|---|
| **Invoice #** | 1211 |
| **Invoice Date** | 11/01/20 |
| **Amount Due:** | $25,000.00 |

Le Tote, Inc.
250 Vesey Street, 22nd Floor
New York, NY 10281
United States

| Due Date | Terms |
|---|---|
| 11/01/20 | Due upon receipt |

| Item | Description | Price | Amount |
|---|---|---|---|
| Retainer | Monthly Retainer -Revised_ November 2020 | $25,000.00 | $25,000.00 |

| | |
|---|---|
| Total: | $25,000.00 |
| Payments: | $0.00 |
| Amount Due: | $25,000.00 |

Payment Instructions.  All payments for Nfluence Partners should be directed to BA Securities.



## Exhibit B

**Hours Detail**

| Summary of Hours | | | | |
|---|---|---|---|---|
| Month | Gary Moon | Monica Mariani | Gaurav Giatonde | Peter Lindae |
| 11/1/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/2/2020 | 0.5 | 0.0 | 2.5 | 0.0 |
| 11/3/2020 | 0.5 | 2.0 | 5.5 | 0.0 |
| 11/4/2020 | 2.3 | 0.5 | 7.0 | 0.0 |
| 11/5/2020 | 0.5 | 0.5 | 7.0 | 0.5 |
| 11/6/2020 | 0.5 | 1.0 | 3.0 | 0.0 |
| 11/7/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/8/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/9/2020 | 1.0 | 0.0 | 0.0 | 0.0 |
| 11/10/2020 | 2.0 | 0.5 | 0.5 | 0.5 |
| 11/11/2020 | 0.5 | 0.5 | 1.5 | 0.0 |
| 11/12/2020 | 2.5 | 0.5 | 1.5 | 0.5 |
| 11/13/2020 | 0.5 | 0.5 | 0.5 | 0.0 |
| 11/14/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/15/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/16/2020 | 0.5 | 0.5 | 1.5 | 0.0 |
| 11/17/2020 | 3.5 | 2.5 | 2.5 | 0.5 |
| 11/18/2020 | 0.5 | 0.5 | 0.5 | 0.0 |
| 11/19/2020 | 2.5 | 0.5 | 1.5 | 0.5 |
| 11/20/2020 | 7.5 | 3.0 | 3.0 | 0.0 |
| 11/21/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/22/2020 | 0.5 | 0.5 | 0.5 | 0.0 |
| 11/23/2020 | 0.5 | 0.5 | 0.5 | 0.0 |
| 11/24/2020 | 1.3 | 0.5 | 0.5 | 0.5 |
| 11/25/2020 | 0.0 | 0.0 | 0.5 | 0.0 |
| 11/26/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/27/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/28/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/29/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11/30/2020 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total | 27.6 | 14.5 | 40.0 | 3.0 |

| Summary of Hours Worked - Total |
|---|---|---|
| DATE | HOURS | DESRCIPTION |
| 11/2/2020 | 0.5 hour(s) Gary Moon | Le Tote/WF/Carlyle - Weekly |
| 11/2/2020 | 2.5 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 11/3/2020 | 0.5 hour(s) Gary Moon | Call Internal Sync |
| 11/3/2020 | 1.5 hour(s) Monica Mariani | Call with Dave, Bobby and Michael |
| 11/3/2020 | 0.5 hour(s) Monica Mariani | Call with Saadia's lawyer on Contracts - screenshare walking him through the dataroom |
| 11/3/2020 | 0.5 hour(s) Gaurav Gaitonde | Call with Saadia |
| 11/3/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 11/3/2020 | 4.5 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 11/4/2020 | 1.0 hour(s) Gary Moon | Messages to Client and Kirkland |
| 11/4/2020 | 0.5 hour(s) Gary Moon | Material Review |
| 11/4/2020 | 0.8 hour(s) Gary Moon | Material Review/Prep |
| 11/4/2020 | 0.5 hour(s) Monica Mariani | Internal call to discuss reponse to Saadia's contract extention ask |
| 11/4/2020 | 0.5 hour(s) Gaurav Gaitonde | Call with Saadia on DD follow-ups |
| 11/4/2020 | 1.0 hour(s) Gaurav Gaitonde | Calls and messaging with Management to discuss Saadia follow-ups |
| 11/4/2020 | 5.0 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 11/4/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 11/5/2020 | 0.5 hour(s) Gary Moon | Call Internal Sync |
| 11/5/2020 | 0.5 hour(s) Monica Mariani | Internal call to discuss next steps |
| 11/5/2020 | 6.0 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 11/5/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 11/5/2020 | 0.5 hour(s) Gaurav Gaitonde | Calls with Le Tote and L&T Management |
| 11/5/2020 | 0.5 hour(s) Peter Lindae | Internal Sync Call for next steps |
| 11/6/2020 | 0.5 hour(s) Gary Moon | Call Le Tote / L&T TSA |
| 11/6/2020 | 1.0 hour(s) Monica Mariani | 2 Saadia DD calls |
| 11/6/2020 | 1.0 hour(s) Gaurav Gaitonde | Calls with Le Tote and L&T Management and Saadia |
| 11/6/2020 | 2.0 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 11/9/2020 | 0.5 hour(s) Gary Moon | Material Review |
| 11/9/2020 | 0.5 hour(s) Gary Moon | Call Standing Le Tote / Saadia Closing |
| 11/10/2020 | 0.5 hour(s) Gary Moon | Meeting Prep |
| 11/10/2020 | 0.5 hour(s) Gary Moon | Call Le Tote | BDO |
| 11/10/2020 | 0.5 hour(s) Gary Moon | Internal Sync |
| 11/10/2020 | 0.5 hour(s) Gary Moon | Le Tote / WF / Carlyle Weekly |
| 11/10/2020 | 0.5 hour(s) Monica Mariani | Call Internal Sync |
| 11/10/2020 | 0.5 hour(s) Gaurav Gaitonde | Nfluence internal sync on deal |
| 11/10/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |
| 11/11/2020 | 0.5 hour(s) Gary Moon | Standing Le Tote / Saadia Closing |
| 11/11/2020 | 0.5 hour(s) Monica Mariani | Standing call with Saadia |
| 11/11/2020 | 0.5 hour(s) Gaurav Gaitonde | Standing call with Management and Saadia |
| 11/11/2020 | 1.0 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 11/12/2020 | 0.5 hour(s) Gary Moon | Internal Sync |
| 11/12/2020 | 1.0 hour(s) Gary Moon | Material Review/Prep |
| 11/12/2020 | 1.0 hour(s) Gary Moon | Le Tote Board Call |
| 11/12/2020 | 0.5 hour(s) Monica Mariani | Call Internal Sync |
| 11/12/2020 | 0.5 hour(s) Gaurav Gaitonde | Nfluence internal sync on deal |
| 11/12/2020 | 1.0 hour(s) Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |
| 11/12/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |
| 11/13/2020 | 0.5 hour(s) Gary Moon | Standing Le Tote / Saadia Closing |
| 11/13/2020 | 0.5 hour(s) Monica Mariani | Standing call with Saadia |
| 11/13/2020 | 0.5 hour(s) Gaurav Gaitonde | Standing call with Management and Saadia |
| 11/16/2020 | 0.5 hour(s) Gary Moon | Standing call with Saadia |
| 11/16/2020 | 0.5 hour(s) Monica Mariani | Standing call with Saadia |
| 11/16/2020 | 0.5 hour(s) Gaurav Gaitonde | Standing call with Management and Saadia |
| 11/16/2020 | 1.0 hour(s) Gaurav Gaitonde | Diligence work for Saadia |
| 11/17/2020 | 0.5 hour(s) Gary Moon | Material Review |
| 11/17/2020 | 0.5 hour(s) Gary Moon | Call Internal Sync |
| 11/17/2020 | 2.5 hour(s) Gary Moon | Timesheet - Adding August |
| 11/17/2020 | 0.5 hour(s) Monica Mariani | Call Internal Sync |
| 11/17/2020 | 2.0 hour(s) Monica Mariani | Timesheet - August |
| 11/17/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 11/17/2020 | 2.0 hour(s) Gaurav Gaitonde | August timesheet |
| 11/17/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |
| 11/18/2020 | 0.5 hour(s) Gary Moon | Standing call with Saadia |
| 11/18/2020 | 0.5 hour(s) Monica Mariani | Standing call with Saadia |
| 11/18/2020 | 0.5 hour(s) Gaurav Gaitonde | Standing call with Management and Saadia |
| 11/19/2020 | 0.5 hour(s) Gary Moon | Call Internal Sync |
| 11/19/2020 | 1.0 hour(s) Gary Moon | Material Review |
| 11/19/2020 | 1.0 hour(s) Gary Moon | Board Call |
| 11/19/2020 | 0.5 hour(s) Monica Mariani | Call Internal Sync |
| 11/19/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Nfluence sync on deal |
| 11/19/2020 | 1.0 hour(s) Gaurav Gaitonde | LeTote and Lord & Taylor Standing BOD Meeting |

| Summary of Hours Worked - Total | | |
|---|---|---|
| DATE | HOURS | DESRCIPTION |
| 11/19/2020 | 0.5 hour(s) Peter Lindae | Interal Sync Call |
| 11/20/2020 | 2.0 hour(s) Gary Moon | Saadia Response to Emergency Hearing |
| 11/20/2020 | 5.0 hour(s) Gary Moon | Call with BrandedOnline |
| 11/20/2020 | 0.5 hour(s) Gary Moon | Standing call with Saadia |
| 11/20/2020 | 2.0 hour(s) Monica Mariani | Saadia Response to Emergency Hearing |
| 11/20/2020 | 0.5 hour(s) Monica Mariani | Call with BrandedOnline |
| 11/20/2020 | 0.5 hour(s) Monica Mariani | Standing call with Saadia |
| 11/20/2020 | 2.0 hour(s) Gaurav Gaitonde | Saadia Response to Emergency Hearing |
| 11/20/2020 | 0.5 hour(s) Gaurav Gaitonde | Call with Branded Online |
| 11/20/2020 | 0.5 hour(s) Gaurav Gaitonde | Standing call with Management and Saadia |
| 11/22/2020 | 0.5 hour(s) Gary Moon | Saadia Response to Emergency Hearing |
| 11/22/2020 | 0.5 hour(s) Monica Mariani | Saadia Response to Emergency Hearing |
| 11/22/2020 | 0.5 hour(s) Gaurav Gaitonde | Saadia Response to Emergency Hearing |
| 11/23/2020 | 0.5 hour(s) Gary Moon | Le Tote Closing Call |
| 11/23/2020 | 0.5 hour(s) Monica Mariani | Le Tote Closing Call |
| 11/23/2020 | 0.5 hour(s) Gaurav Gaitonde | Le Tote Closing Call |
| 11/24/2020 | 0.5 hour(s) Gary Moon | Internal Sync |
| 11/24/2020 | 0.8 hour(s) Gary Moon | Call w/ Ed |
| 11/24/2020 | 0.5 hour(s) Monica Mariani | Internal Sync |
| 11/24/2020 | 0.5 hour(s) Gaurav Gaitonde | Internal Sync |
| 11/24/2020 | 0.5 hour(s) Peter Lindae | Internal Sync |
| 11/25/2020 | 0.5 hour(s) Gaurav Gaitonde | Messaging with Saadia |