| | |
|---|---|
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*) <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 | Michael A. Condyles (VA 27807) <br> Peter J. Barrett (VA 46179) <br> Jeremy S. Williams (VA 77469) <br> Brian H. Richardson (VA 92477) <br> **KUTAK ROCK LLP** <br> 901 East Byrd Street, Suite 1000 <br> Richmond, Virginia 23219-4071 <br> Telephone: (804) 644-1700 <br> Facsimile: (804) 783-6192 |

-and-

David L. Eaton (admitted *pro hac vice*)
Jaimie Fedell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North La Salle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LE TOTE, INC., *et al.*,[1] | ) | Case No. 20-33332 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING THE SECOND INTERIM FEE APPLICATION OF NFLUENCE**
**PARTNERS AS INVESTMENT BANKER FOR THE DEBTORS FOR**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM**
**NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection, or other responsive pleading with respect to the *Second Interim Fee Application of Nfluence Partners as Investment Banker for the Debtors for Compensation for Professional*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* filed on August 2, 2020 [Docket No. 3]. The location of the Debtors' service address is 250 Vesey Street, 22nd Floor, New York, New York 10281.

*Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2020 To and Including January 31, 2021* [Docket No. 890] (the "Application").  Nfluence Partners (the "Applicant") filed the Application with the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") on February 3, 2021 and caused the Application to be served on all necessary parties on February 3, 2021.  Pursuant to the procedures set forth in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated June 30, 2020 [Docket No. 425] (the "Interim Compensation Order"), objections to the Application were to be filed and served no later than February 24, 2021 at 4:00 p.m. (prevailing Eastern Time).

The undersigned further certifies that she has caused a review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Consequently, the Debtors are authorized to submit an order granting the relief requested in the Application to the Court for entry without further hearing or notice.

[*Remainder of page left intentionally blank*]

Richmond, Virginia
Dated:   March 2, 2021

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| Jeremy S. Williams (VA 77469) | 601 Lexington Avenue |
| Brian H. Richardson (VA 92477) | New York, New York 10022 |
| 901 East Byrd Street, Suite 1000 | Telephone:   (212) 446-4800 |
| Richmond, Virginia 23219-4071 | Facsimile:   (212) 446-4900 |
| Telephone:   (804) 644-1700 | Email:  steven.serajeddini@kirkland.com |
| Facsimile:   (804) 783-6192 | |
| Email:  Michael.Condyles@KutakRock.com | -and- |
|             Peter.Barrett@KutakRock.com | |
|             Jeremy.Williams@KutakRock.com | **KIRKLAND & ELLIS LLP** |
|             Brian.Richardson@KutakRock.com | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | David L. Eaton (admitted *pro hac vice*) |
| *Co-Counsel to the Debtors* | Jaimie Fedell (admitted *pro hac vice*) |
| *and Debtors in Possession* | 300 North La Salle Street |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |
| | Email:  david.eaton@kirkland.com |
| |             jaimie.fedell@kirkland.com |
| | |
| | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |