**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LE TOTE, INC., *et al.*,[1] | ) | Case No. 20-33332 (KLP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER GRANTING SECOND INTERIM FEE**
**APPLICATION OF NFLUENCE PARTNERS AS INVESTMENT**
**BANKER FOR THE DEBTORS FOR COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2021**

Upon the application (the "Interim Fee Application")[2] of HMAdviseCo, LLC d/b/a Nfluence Partners ("Nfluence"), the investment banker for the above captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), pursuant to sections 328, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and the Interim Compensation Order, for allowance of interim compensation for professional services rendered by Nfluence during the period from November 1, 2020 through and including January 31, 2021 (the "Interim Compensation Period") in the amount of $775,000.00 and reimbursement of expenses incurred during such period in connection with such services in the amount of $0.00; and this Court having determined that the legal and factual bases set forth in the Interim Fee Application establish just cause for the relief granted herein; and after due

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/letote/. The location of the Debtors' service address is 250 Vesey Street, 22nd Floor, New York, New York 10281.

[2] Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Fee Application.

KE 73796303

deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Interim Fee Application is GRANTED as set forth herein.

2. Nfluence allowed compensation for professional services rendered during the Interim Compensation Period in the amount of $775,000.00.

3. Nfluence is allowed reimbursement of expenses incurred during the Interim Compensation Period in connection with its services to the Debtors in the amount of $0.00.

4. The Debtors are authorized and directed to pay Nfluence all fees and expenses allowed pursuant to this Order, less any amounts previously paid for such fees and expenses.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Interim Fee Application.

6. To the extent that no further compensation is required, the Interim Fee Application shall be deemed a final fee application.

Dated: Mar 3 2021
Richmond, Virginia

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered On Docket: Mar 4 2021

KE 73796303

WE ASK FOR THIS:

/s/ Jeremy S. Williams
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
Brian H. Richardson (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:         (804) 644-1700
Facsimile:          (804) 783-6192

- and -

Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:         (212) 446-4800
Facsimile:          (212) 446-4900

- and -

David L. Eaton (admitted *pro hac vice*)
Jaimie Fedell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North La Salle Street
Chicago, Illinois 60654
Telephone:         (212) 446-4800
Facsimile:          (212) 446-4900

*Co-Counsel to the Debtors and Debtors in Possession*


SEEN AND AGREED:

/s/ Elisabetta G. Gasparini
Elisabetta G. Gasparini
Office of the United States Trustee
1835 Assembly Street
Columbia, SC 29201
Telephone: (803) 765-5250
*Office of the United States Trustee*


### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/Jeremy S. Williams

KE 73796303